**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NO. CR 08-57-16 (S-3)(BJR)** |
| | ) | |
| **AURELIO CANO FLORES,** | ) | |
|     also known as "Yankee," | ) | |
|     also known as "Yeyo," | ) | |
| | ) | |
|     Defendant. | ) | |

## VERDICT

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

1.    Count One - Conspiracy

We, the jury, find the Defendant Aurelio Cano Flores _____guilty_____ as to Count 1.

If "guilty," we the jury find that the conspiracy involved the following drugs:

a.    Cocaine                                              __X__ (Yes) _____ (No).

b.    Marijuana                                       __X__ (Yes) _____ (No).

If "guilty," we the jury find that the conspiracy involved the following drug quantities:

c.    More than 5 kilograms of cocaine    __X__ (Yes) _____ (No).

d.    More than 1000 kilograms of marijuana  __X__ (Yes) _____ (No).

<ins>If you answered "yes" to both questions (c) and (d), stop here</ins>.

If you answered "no" to question (c), answer the following:

e.    We the jury find that the conspiracy involved more than 500 grams of cocaine.

                                          _____ (Yes) _____ (No).

If you answered "no" to question (d), answer the following:

f.      We the jury find that the conspiracy involved more than 100 kilograms of
        marijuana.

                                        _____ (Yes)  _____ (No).


If "no" to question (f), answer the following:

g.      We the jury find that the conspiracy involved more than 50 kilograms of
        marijuana.

                                        _____ (Yes)  _____ (No).



                        _____
                        Foreperson

2