UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,         :
                                  :          Docket No. CR 08-57-16
                                  :
            vs.                   :            Washington, D.C.
                                  :          Thursday, February 14, 2013
AURELIO CANO-FLORES,              :              9:35 a.m.
                                  :               Day 4
                Defendant.        :
------------------------------x

                      A.M. SESSION
                TRANSCRIPT OF JURY TRIAL
          BEFORE THE HONORABLE BARBARA J. ROTHSTEIN
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          DARRIN MCCULLOUGH, Esquire
                             SEAN TORRIENTE, Esquire
                             U.S. Department of Justice
                             145 N Street, Northeast
                             Second Floor, East Wing
                             Washington, DC  20530


For the Defendant:           RICHARD GILBERT, Esquire
                             601 Pennsylvania Ave., NW
                             Suite 900, South Bldg.,
                             Washington, DC  20004

                             KRISTEN HUGHES, Esquire
                             1360 Chain Bridge Rd.
                             McLean, VA 22101

Court Reporter:              CRYSTAL M. PILGRIM, RPR
                             Official Court Reporter
                             United States District Court
                             District of Columbia
                             333 Constitution Avenue, NW
                             Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1                    P-R-O-C-E-E-D-I-N-G-S

2          (Interpreters Teresa Roman and Martha Gutierrez Shepard

3   sworn.)

4               (Jury present.)

5          THE COURT:  Good morning, ladies and gentlemen.

6          THE JURY:  Good morning.

7          THE COURT:  Ready to go?

8          MR. MCCULLOUGH:  Yes, Your Honor, we are.

9        GOVERNMENT WITNESS JESUS ENRIQUE REJON AGUILAR

10                 DIRECT EXAMINATION CONTINUED

11  BY MR. MCCULLOUGH:

12  Q.  Mr. Rejon Aguilar, good morning, I want to take up where

13  we left off yesterday.

14  A.  Okay.

15  Q.  But before we do, in order to speed things up, I want to

16  ask you a couple of questions about the telephone calls

17  generally that you reviewed before trial.

18     Is it correct that before this trial started you had an

19  opportunity to review 20 telephone conversations involving

20  different people that were associated with the Gulf Cartel?

21  A.  Yes.

22          MR. MCCULLOUGH:  And for the record, Your Honor,

23  those are tabs 4 through 23 in the Government's notebook and

24  Exhibit Numbers 3.4 through 3.23.

25          THE COURT:  Okay.

1  BY MR. MCCULLOUGH:

2  Q.   On each of those occasions, Mr. Rejon Aguilar, did you

3  have the opportunity to listen to the audio and review the

4  transcript at the same time?

5  A.   Yes.

6  Q.   And on each of those transcripts that you reviewed, were

7  you satisfied that the Spanish portion of the transcript was

8  accurate or very very close to accurate on each of those 20

9  calls?

10 A.   That's correct.

11 Q.   Thank you.

12 Q.   All right.  Now Mr. Rejon Aguilar, if you have your white

13 notebook in front of you would you please turn to tab number 9.

14 And to the second page of that transcript, please, sir.

15      Do you recognize this as one of the calls you reviewed?

16 A.   Yes.

17 Q.   Who are the two people that are on this telephone

18 conversation?

19 A.   Metro Tres and Mr. Cano-Flores.

20           MR. MCCULLOUGH:  Your Honor, the identities of these

21 two speakers have been stipulated to and this call occurred on

22 March 13th, 2007 at 3:09 p.m.  This is Government's 3.9.

23      At this time, ladies and gentlemen of the jury, if you

24 would please turn to tab number 9 if you have not already.

25           (Government Exhibit Number 3.9 played.)

1  BY MR. MCCULLOUGH:

2  Q.   Mr. Rejon Aguilar, I want to ask you a couple of questions

3  about this call.  On line six, the defendant Mr. Cano-Flores

4  makes reference to making a tunnel, and then on line eight

5  again says I'm making a drug tunnel right now.

6      The Spanish word that's used is narcotunel.  What is a

7  narcotunel?

8  A.   It's a hole that is used to keep or hide merchandise,

9  drugs.

10 Q.   So it's not an actual tunnel that crosses from, the way

11 you're using it, it's not a tunnel that crosses from Mexico to

12 the United States?

13 A.   No.

14 Q.   Did the Gulf Cartel use tunnels that crossed from,

15 underground tunnels that crossed from Mexico into the United

16 States?

17 A.   No.

18 Q.   Why not?

19 A.   Because it's a river, there's no -- we don't have the

20 technology to create a structure to go under a river.

21 Q.   So when you're using the term, what sort of things would

22 be put or hidden in a narcotunel?

23 A.   Drugs, weapons, yourself.

24 Q.   And where would these tunnels be built, these holes?

25 A.   In empty lots, homes.

1  Q.   Okay.  At the end of the conversation Metro Tres says 3,

2  4, hidden in a tunnel as well.  Do you understand that

3  expression, 3, 4?

4  A.   Yes, it's a radio code that we use that means nothing's

5  new.

6  Q.   All right, thank you.

7       Turning now, Mr. Rejon Aguilar, if you would turn to the

8  next tab which is number 10, to the second page.

9       Do you recognize this as a call that you previously

10 listened to?

11 A.   Yes.

12 Q.   And in this particular call who did you identify the

13 speakers as?

14 A.   Cano-Flores and Salvador Morales Chavila or Barajas, 88.

15 Q.   On this call the identity of Mr. Cano-Flores has been

16 stipulated to, but not the identity of 88.  Who is 88 and how

17 did you know him?

18 A.   I know 88 because he is an active cartel member.  I met

19 him because he was Chipa's right hand man.  That is Efrain Toro

20 Torres who was in charge of Camargo in Veracruz and then

21 because he was working closely with Hummer.

22 Q.   Would he have been higher in rank than Mr. Cano-Flores, at

23 the same rank or lower rank in the cartel?

24 A.   Same level, same rank.

25 Q.   All right.

1        MR. MCCULLOUGH:  Ladies and gentlemen, you can turn

2   to tab 10 if you haven't already.

3        (Government Exhibit at tab 10 played.)

4   BY MR. MCCULLOUGH:

5   Q.   Mr. Rejon Aguilar, in this particular call when

6   Mr. Cano-Flores is speaking to 88, what do you understand this

7   telephone call to be regarding?

8   A.   He's owed some money for some marijuana that he fronted.

9   A little bit over 200 hundred kilos according to the recording.

10  And he's asking 88 to tell him to get the guy to pay.

11  Q.   There's reference to the name Ganzo or Gonzo.  Do you know

12  who that person is?

13  A.   Yes.

14  Q.   Who is he?

15  A.   Gulf Cartel member.

16  Q.   Where was he located or where did he work out of?

17  A.   Ciudad Camargo.

18  Q.   Do you know his full name or real name?

19  A.   No.

20  Q.   What is it about this call that makes you believe it's

21  about marijuana as opposed to cocaine?

22  A.   It's marijuana, they're discussing marijuana.

23  Q.   Was 88 a civilian member of the Gulf Cartel or a Zeta?

24  A.   He was civilian but he was a Zeta.

25  Q.   Okay.  Why would Mr. Cano-Flores be going to 88 with this

1  problem with the debt that was owed him?

2  A.   Because 88 worked closely with Commander Hummer so he

3  would have the possibility of getting paid more quickly.

4  Q.   All right.  On page 3 of the transcript 88 says things are

5  going to the commander right now.

6      Who is he referring to when he says the commander?

7  A.   Hummer.

8  Q.   Okay, and then in that same paragraph, paragraph number 26

9  of the transcript he says what's more I'm going to have him

10 tailed right now.  Right now I'm going to have him tailed.

11     What does that mean and why would he do that?

12 A.   It's to find the person.

13 Q.   Why would he want to go find him, why would he want to

14 have him found?

15         INTERPRETER GUTIERREZ SHEPARD:  Your Honor, may the

16 interpreter request an interpretation of the term?

17             THE COURT:  Yes.

18         THE WITNESS:  To get him in, and that's the term that

19 the interpreter clarified, to get him so that he would pay the

20 debt.

21 BY MR. MCCULLOUGH:

22 Q.   All right.  Now if you would turn, Mr. Rejon Aguilar, to

23 the next tab which is number 11.  All right, if you turn to the

24 second page, Mr. Rejon Aguilar, and take a look at the

25 transcript.

1        Do you recognize this as a telephone call you reviewed

2   previously?

3   A.   Yes.

4            MR. MCCULLOUGH:   Your Honor, this is Government's

5   3.11.  The identity of the speakers has been stipulated to.

6   The date of the call is April 9th, 2007 at 9:51 p.m.

7            (Government Exhibit Number 3.11 played.)

8   BY MR. MCCULLOUGH:

9   Q.   Mr. Rejon Aguilar, in this telephone call Mr. Cano-Flores

10  says to Metro Tres that 7 is trying to call, he's really upset

11  and refers to him as the old man.

12       Who is 7?

13  A.   Alonzo Flores, Metro 7.

14  Q.   Was Metro 7 a member of the Gulf Cartel?

15  A.   That's correct.

16  Q.   Now immediately after that Mr. Cano-Flores says the old

17  man bought some merchandise off me, he bought some merchandise

18  off me.

19       What do you understand that to mean?

20  A.   That he had bought drugs.

21  Q.   Can you tell from the context of the conversation whether

22  this is in reference to marijuana or cocaine?

23  A.   Marijuana.

24  Q.   Okay.  And then Mr. Cano-Flores goes on to say he was

25  going to come by for it today and they didn't let him.  Said he

1   has to call Metro 88 to let his merchandise through.

2       Can you please tell us what that means?

3   A.    That he had to send, that he was going to send it to the

4   United States, but that the person in charge did not authorize

5   sending it.

6   Q.    And why would Mr. Cano-Flores be reporting this to Metro

7   Tres?

8   A.    Because Metro Tres had also given Metro 7 some

9   merchandise.

10  Q.    Who is Jimmy, do you know?

11          INTERPRETER GUTIERREZ SHEPARD:  Your Honor, may the

12  interpreter request a repetition?

13          THE COURT:  Yes.

14  BY MR. MCCULLOUGH:

15  Q.    There's a reference just below that named Jimmy.

16          INTERPRETER GUTIERREZ SHEPARD:  Jimmy?

17          MR. MCCULLOUGH:  Jimmy.

18  BY MR. MCCULLOUGH:

19  Q.    Do you know who that is?

20  A.    No.

21  Q.    On page 2 of the transcript in paragraph at the top of the

22  page it says the old man always comes and takes two or three

23  tons.

24      He goes on to say I want how many, I like it's there, the

25  old man always pay and pay and pay.

1         Can you tell us what that means, please?

2    A.   Yes.

3         That he's always buying two, 3,000 kilos, tons because a

4    ton is a thousand kilos and that he's constantly sending money

5    for the drugs that he's upfronted.

6    Q.   So would that make him a good customer?

7    A.   That's right.

8    Q.   All right.  If you could turn to the next tab, please,

9    Mr. Rejon Aguilar, tab 12.  Look at the second page.

10        Do you recognize this as a phone call you previously

11   reviewed?

12   A.   That's right.

13   Q.   This is Government's 3.12 for the record.  The identities

14   of Metro Tres and Aurelio Cano-Flores have been stipulated to,

15   the call occurred on April 13th, 2007 at 7:26 p.m.

16        (Government Exhibit Number 3.12 played.)

17   Q    (By Mr. Mccullough) All right, Mr. Rejon Aguilar, back on

18   page 1 in paragraph six of this call Mr. Cano-Flores asks if

19   your, Metro Tres if your buddy Ani Malito has some place to

20   store stuff.

21        Do you know who Ani Malito is?

22   A.   Yes, they're talking.  They're talking about these buyers.

23   They're called piojos, they are from Baldeces.  His name is

24   Juan Villareal.  He's asking whether he has any space where he

25   can store some marijuana.

1  Q.    When you refer to buyers what do you mean by that, buyers

2  of what?

3  A.    Buyers of drugs, they bought cocaine and marijuana.

4  Q.    Would these buyers be people who are in the Gulf Cartel or

5  people who were buying from the Gulf Cartel?

6  A.    Others who would buy from the cartel.

7  Q.    Okay, a little further down he refers to somebody by the

8  name 68.  Who is 68?

9  A.    I don't know.

10  Q.    A few lines down Mr. Cano-Flores says we don't have any

11  place in Metro to store stuff.  When they use the word Metro

12  like that what are they referring to?

13  A.    To Miguel Aleman.

14  Q.    What was the code word for Miguel Aleman?

15  A.    Metro Alfa, Metro Alfa.

16  Q.    Okay.  All right, a few lines down Metro Tres says if you

17  want I'll sell it to you.  And Mr. Cano-Flores replies okay, at

18  the Atlanta price.

19      What does that mean?

20  A.    That he could sell it to him, but he would pay Atlanta

21  prices for it.

22  Q.    And what is the significance of Atlanta price?  Is that

23  higher, lower, why is that important?

24  A.    It would be a more expensive drug because it is a city

25  located here in the United States, so it pays more.

1  Q.   To your knowledge, if you know, was Atlanta a city to

2  which the Gulf Cartel sent marijuana or cocaine?

3  A.   Both were sent, both marijuana and cocaine.

4  Q.   All right.  On the second page of that transcript

5  Mr. Cano-Flores in paragraph 10 says sure just to store it bro,

6  I wish it could be brought all the way over here to 96.

7      What is 96 code for?

8  A.   96 was a call on the radio to refer to Reynosa in

9  Tamaulipas.

10  Q.   A few lines down in paragraph twelve, Mr. Flores says

11  right, right, there are four coming, four are coming here from

12  the PFP and two are coming from Nuevo Leon?

13      What is that a reference to?

14  A.   That's the preventive federal police was coming from Nuevo

15  Leon to Miguel Aleman.

16  Q.   Then finally on the fourth page of the transcript

17  Mr. Cano-Flores in paragraph 22 refers to Metro Tres as

18  Comanche.

19      Why would he refer to him like that?

20  A.   It is a commander, it refers to a distinction of being a

21  commander.

22  Q.   And finally, he says there wasn't any of the little chair.

23      Do you understand that reference?

24  A.   No, no, I don't understand that word.

25  Q.   All right.  Now if you could turn to the next tab, please,

 1  Mr. Rejon Aguilar, tab number 13.  Look at page 2 where the

 2  transcript starts and see if this is a telephone call that you

 3  previously reviewed?

 4  A.   That's right.

 5          MR. MCCULLOUGH:  This is Government's 3.13, Your

 6  Honor.  The identities of the speakers as Metro Tres and

 7  Mr. Cano-Flores have been stipulated to.  The call occurred on

 8  April 14th, 2007 at 3:32 p.m.

 9       Ladies and gentlemen, you can turn to tab 13 if you have

10  not already.

11       (Government Exhibit Number 3.13 played.)

12  BY MR. MCCULLOUGH:

13  Q.   Mr. Rejon Aguilar, in paragraph two back on the first page

14  of that transcript Metro Tres says just wait until the Piojos

15  get there, dude.

16     Again, who are the Piojos?

17  A.   He's saying that the Piojos were out there.  They were

18  waiting for them because they would be passing some material

19  that belonged to Hummer.  They were going to send the material,

20  Hummers's material.

21  Q.   And what are Piojos?

22  A.   Buyers from Baldeces.

23  Q.   Who is Gordito, if you know?

24  A.   That is the name we use, that was used to refer to Hummer.

25  Q.   Okay.  When Metro Tres says I have some material to jump,

1  he uses the term brincar.  What does that mean?

2  A.   That he had some merchandise that was Hummer's that was

3  going to be crossed over to the United States.

4  Q.   In the next section down paragraph four, Metro Tres is

5  asking for a car with a stash to Aleman, and he uses the word

6  clavo.  What does that refer to?

7  A.   That he's looking for a car that has a compartment where

8  money could be stashed.

9  Q.   All right.  And then after Mr. Cano-Flores tells him what

10  type of vehicles he has available, Metro Tres says like around

11  two million or three million pesos.

12      What does that refer to?

13  A.   Well, he tells him the cars that he has available that

14  have the clavo, the compartments, and the reference to the two

15  or three million is that he has two or three million to stash.

16  Q.   And he mentions above that that he's going to run an

17  errand to Michoacan.  Why would he be taking two or three

18  million to Michoacan?

19  A.   That was to pay something, but he does not specify what it

20  was that he was going to pay.

21  Q.   All right.  On the second page of the transcript

22  Mr. Cano-Flores says I'll send it to you there.  Who do you

23  have there to show you there so you can see how it opens.

24      What is he talking about so you can see how it opens?

25          INTERPRETER ROMAN:  The question was who?

1  BY MR. MCCULLOUGH:

2  Q.   What does that mean, there needs to be someone there to

3  show him how it opens.

4  A.   That he will be sending it, but that he needed someone

5  that could show them how to open the compartment because it

6  could be an electronic opening or mechanic.

7  Q.   What kind of openings, or what kind of hidden compartments

8  or clavos did the Gulf Cartel install in vehicles?

9  A.   Well, they would use trailer trucks, pickup trucks,

10  vehicles, cars.

11  Q.   Who installed the compartment, the hidden compartments in

12  the vehicles?

13  A.   There were mechanics that would be in charge of creating

14  them.

15  Q.   In the next line Metro Tres says send to Tocayo.  Who is

16  Tocayo?

17  A.   Tocayo is a member of the Gulf Cartel.

18  Q.   On the previous page when he says he's going to run an

19  errand to Michoacan, why was Michoacan important?  What type of

20  business did the company typically do there?

21  A.   For the purchase of marijuana.

22  Q.   If you turn to the next tab, please, number 14.  Take a

23  look at page 2 and see if you recognize this as a telephone

24  call that you previously looked at?

25  A.   That's right.

1  Q.    For the record this is Government's 3.14.  The identities

2  of Metro Tres and Aurelio Cano-Flores have been stipulated to.

3  The date of the record is May 1, 2007 and it occurs at 2:59

4  p.m.

5       (Government's Exhibit Number 3.14 played.)

6       All right.  If you would, Mr. Rejon Aguilar, please go back

7  to page 1 and we're going to walk through this somewhat longer

8  call and talk about a few things.

9       First of all, in line 7, Mr. Cano-Flores says that he's

10 over at 963.  What is 963 a reference to?

11 A.    96 is the radio frequency what --

12           INTERPRETER GUTIERREZ SHEPARD:  Interpreter

13 correction, 96 is the code on the radio for Reynosa.

14 BY MR. MCCULLOUGH:

15 Q.    So is he saying 963 is a number or is he saying 96 Tres?

16 A.    He's saying 96 is a number.

17 Q.    And Tres is the reference to Metro Tres?

18 A.    That's correct.

19 Q.    All right.  Now, a few lines down Mr. Cano-Flores

20 indicates that he's going to seek someone named Mario.

21      Who is Mario?

22 A.    An active Gulf Cartel member.

23 Q.    Do you know any other names that he goes by?

24 A.    Mario Pelon.

25 Q.    Is he one of the people whose picture we looked at when we

1  were looking at the pictures on the screen?

2  A.   That's correct.

3  Q.   All right.  And when he says he's going to see Mario, he

4  says the boss sent us to do a job.

5      Who would be the boss that would send Mr. Cano-Flores to do

6  a job?

7  A.   Costilla.

8  Q.   And after Metro Tres says orders are orders

9  Mr. Cano-Flores says you'll tell the commander there, right?

10 Who would he be referring to as the commander in that sentence?

11 A.   The one in charge where they were, Hummer.

12 Q.   Okay.  Why would it be important for Metro Tres to convey

13 that information to Hummer?

14 A.   For him to know what's going on.

15 Q.   All right.  If you'll turn to the next page of the

16 transcript which is page 3 in paragraph 17 Mr. Cano-Flores is

17 telling Metro Tres that he had been told to ask for a pocket.

18     Do you understand that term?

19 A.   Yes.

20 Q.   What does that mean?

21 A.   He was asking to get money.

22 Q.   A few lines down at paragraph 21 Mr. Cano-Flores makes

23 reference to Perro Uno.

24     Do you understand that term?

25 A.   Yes.

1  Q.    What does that mean?

2  A.    That there had been an agreement with R-1.

3  Q.    And who, is Perro Uno another name for R-1?

4  A.    Yes.

5  Q.    And Mr. Cano-Flores indicates that he wanted to send some

6  money over there and was told that he couldn't.  It wasn't for

7  that purpose.

8      Do you understand that part of the conversation?

9  A.    Could you please repeat it?

10 Q.    Mr. Cano-Flores says that he wanted to send money and that

11 the Comanche told him that he couldn't.

12     Who would be the Comanche in that situation?

13 A.    They were referring to the one in charge of the plaza,

14 Hummer.

15 Q.    All right.  If you turn over to the next page in paragraph

16 27, Mr. Cano-Flores says in any case he was going to send his

17 truck there to get some cuadros or squares.

18     What is that a reference to?

19 A.    To bring a vehicle, to bring some kilos of cocaine.

20 Q.    And a little further down in that paragraph he refers to

21 Lupay, who is Lupay?

22 A.    I don't know who Lupay is.  I don't know.

23 Q.    If I can ask you to turn back for a moment to the previous

24 page.  Back up in paragraph 17 where Mr. Cano-Flores was

25 discussing the pocket.  The last thing he says is it's the

1    company, right?

2        What is that a reference to?

3    A.    That it's the same cartel.

4    Q.    Then back to turn over one page again back to page 4.

5    Down at the bottom in paragraph 29 Mr. Cano-Flores says yes, I

6    mean mine, my money.  I told him I'm going to take some of

7    R-1's money over there to buy cuadros.

8        What does Mr. Cano-Flores mean when he says that?

9    A.    Metro Tres is asking whose the money is and he says it's

10   his, it's his own money.

11   Q.    That's going to be used for what?

12   A.    To buy cocaine kilos.

13   Q.    All right.  If you turn over to the next page, please,

14   which is page 5.  In paragraph 31 down near the bottom of that

15   paragraph Mr. Cano-Flores says that was last night and last

16   night Doble called me, who is Doble?

17   A.    He's making references to Costilla, Eduardo Costilla

18   Sanchez.  The Gulf Cartel's leader.

19   Q.    And then he says he asked me for two cars already done,

20   new ones.  Why would Coast be asking Mr. Cano-Flores for

21   automobiles?

22   A.    He's asking him for some cars to put in a compartment.

23   Q.    Why would he go to Mr. Cano-Flores as opposed to somebody

24   else?

25   A.    Because he's the contact with the people who make the

1  compartments.

2  Q.   And then down in paragraph 33 Mr. Cano-Flores says that

3  Mario called him and says he wants a truck and some paper work.

4      What is that a reference to?

5  A.   That Mario Pelon called him because he wanted a truck to

6  take some papers which mean documents, money.

7  Q.   So when people in the Gulf Cartel need a vehicle with a

8  hidden compartment to move drugs or money who do they call?

9  A.   Mr. Cano-Flores.

10          MR. MCCULLOUGH:  We're going to move off calls for

11  now and into some other things.  Shall I press on?

12          THE COURT:  Please.

13          MR. MCCULLOUGH:  Okay.

14  BY MR. MCCULLOUGH:

15  Q.   Mr. Rejon Aguilar, I want to talk to you a little bit

16  about some of the codes that you, that are used in telephone

17  conversations.  Can you tell me any code words that you recall

18  that the Gulf Cartel used to refer specifically to cocaine?

19  A.   Yes.  They were called quico, cuadros, square, extranjero,

20  quarters, kilos.

21  Q.   What does aparato mean?

22  A.   Kilo, kilo, cuadros of cocaine.

23  Q.   How about perico?

24  A.   The same thing.

25  Q.   If you would tell the jury some of the words that were

1  used to refer to marijuana specifically?

2  A.    National, green, mota.

3  Q.    What is zacate?

4  A.    Zacate is marijuana.

5  Q.    Pasto?

6         MR. GILBERT:  I'm sorry, I couldn't hear that.

7         THE COURT:  Which one didn't you hear?

8         MR. GILBERT:  What Mr. McCullough just said.

9         MR. MCCULLOUGH:  I'm asking him what the reference to

10 the word Pasto, P-A-S-T-O.

11        THE WITNESS:  Marijuana.

12 BY MR. MCCULLOUGH:

13 Q.    And then again, I apologize for my pronunciation, hierba,

14 H-I-E-R-B-A?

15 A.    It also means marijuana.

16 Q.    What were some of the words you used, code words you used

17 for money?

18 A.    Paper, papelenia, paper products, documentos, documents.

19 Q.    How about weapons, what are some of the code words you

20 used for weapons?

21 A.    Ammunition would be called capsula, capsules.  Rifles were

22 called Largas, long, and pistols were called short, cortas.

23 Q.    What was your usage of the word cuernos?

24 A.    It is a word used to refer to AK 47.

25 Q.    And for the benefit of the jury what is an AK 47?

1    A.    It's an assault weapon and it looks like the horn of a

2    goat.

3    Q.    When you say it looks like the horn of a goat, are you

4    referring to the clip that goes into the weapon?

5    A.    Yes.

6    Q.    What are bolitas?

7    A.    Those are grenades.

8    Q.    I want to go back and talk a little bit about your

9    progression through the cartel.

10       When we left this subject earlier you had been working in

11   Laredo.  Is that correct?

12   A.    That's right.

13   Q.    Was part of your job at that time to still keep an eye on

14   what was going on in Miguel Aleman?

15   A.    That's right.

16   Q.    Were you traveling to Miguel Aleman frequently?

17   A.    That's right.

18   Q.    Where was Mr. Cano-Flores working at that time?

19   A.    In, there in Miguel Aleman, in Los Guerra.

20   Q.    What was his job in Los Guerra?

21   A.    He was a commander of Los Guerra.

22   Q.    I'm showing you again what's been admitted as Government's

23   Exhibit 5.2.  As the plaza commander for Los Guerra, what other

24   territories or towns, if any, would Mr. Cano-Flores have

25   responsibility for?

1  A.    El Nogarito, Los Aldamas, Arcabuz, all of those towns

2  leading to Nuevo Leon.

3          MR. MCCULLOUGH:  Let the record reflect that I'm

4  using my pointer because he cannot.

5  BY MR. MCCULLOUGH:

6  Q.    Is this that I am pointing to, is that the town of

7  Arcabuz?

8  A.    Yes.

9  Q.    And what is this town next to Arcabuz?

10  A.    That is Nogalito.

11  Q.    Right here, right below Nogalito, what town is that?

12  A.    Los Aldamas.

13  Q.    How about Estacion Aldamas, would that be part of his

14  territory or not?

15  A.    Yes, it still is within that part.

16  Q.    How far north of Los Guerra would his territory go

17  northwest?  Would he have covered Mier or would that be someone

18  different?

19  A.    No, it won't be anymore.

20  Q.    Who had Mier, who was responsible for Mier?

21  A.    City of Guerrero.

22  Q.    And who was in charge of Guerrero at that point?

23  A.    R-1.

24  Q.    All right.  Now after -- just a moment.  Bear with me one

25  second.

1       You talked earlier in your testimony about how the Gulf

2   Cartel was trying to expand it's territory from the original

3   area of Tamaulipas that it controlled.  During the time that

4   you were a member of the Gulf Cartel between 2000, and 2010 how

5   far did your territory expand?  What were the other areas that

6   were taken over and controlled by the Gulf Cartel?

7   A.   On the border from the City of Reynosa, to Reynosa to

8   Ciudad Acuna.

9   Q.   So that would be -- is this Reynosa?

10  A.   It is Reynosa, yes, the area of Matamoros.

11  Q.   And this is Ciudad Acuna up here?

12  A.   Yes, Acuna or Coahuila.

13  Q.   What other territories did you control?

14  A.   Zacatecas.

15  Q.   Where is Zacatecas?

16  A.   To the south.

17  Q.   This is Zacatecas?

18  A.   Yes, the State of Zacatecas.

19  Q.   So you controlled Zacatecas.  What else?

20  A.   Part of Durango.

21  Q.   This is Durango here?

22  A.   That's right.

23  Q.   What part of Durango did the Gulf Cartel control?

24  A.   The part that boarders with Zacatecas and Torreon.

25  Q.   Is this Torreon here?

1   A.   That's right.

2   Q.   And then moving down the coast what other territories did

3   you control?

4   A.   San Luis Potosi.

5   Q.   That's here?

6   A.   That's right.

7   Q.   What else?

8   A.   Veracruz.

9   Q.   Is this Veracruz down here?

10  A.   That's right.

11  Q.   What else?

12  A.   Tabasco.

13  Q.   This is Tabasco next to Veracruz here?

14  A.   That's right.

15  Q.   What else?

16  A.   Part of Oaxaca.

17  Q.   Is this Oaxaca that I'm pointing to right here, sir?

18  A.   That's right.

19  Q.   How much of Oaxaca did you control?

20  A.   The part that boarders with Veracruz.

21  Q.   What else?

22  A.   Chiapas.

23  Q.   Is this Chiapas here on the border?  Chaipas is here on

24  the border of Guatemala; is that right?

25  A.   That's right.

1   Q.    What part of Chiapas did you control?

2   A.    Most of Chiapas.

3   Q.    Okay.  Why was it important for the Gulf Cartel to control

4   territory from the border of Guatemala all the way up to the

5   United States border?

6   A.    Because of drug trafficking.

7   Q.    Okay.  Well, elaborate on that a little bit.  Why is that

8   route important, where did you start with the drugs and where

9   did you end up?

10  A.    We would, it would begin in Guatemala and then go either

11  by land or by air passing through all of the states that the

12  cartel controlled.  All the way to the border where the United

13  States, to the bordering towns.

14          THE COURT:  Is this a good place to take our break?

15          MR. MCCULLOUGH:  Yes, this will be fine, Your Honor.

16          THE COURT:  Okay, ladies and gentlemen, if you'll

17  retire to the jury room we'll be in recess for 15 minutes.

18      Counsel, if you will wait a moment.

19      (Jury excused at 11:00.)

20      (Witness excused.)

21      Mr. McCullough, do you think you'll finish with this

22  witness today?

23          MR. MCCULLOUGH:  Yes.  Well, let me tell you what

24  Mr. Gilbert and I have been discussing.

25          THE COURT:  Okay.

1          MR. MCCULLOUGH:  We have those out of town witnesses

2    I made reference to earlier.

3          THE COURT:  Yes.

4          MR. MCCULLOUGH:  They flew in last night.  So what we

5    have agreed to do is we're going to go until the lunch break

6    with Mr. Rejon Aguilar, and then we're going to stop whether

7    we're done or not.  And this afternoon we're going to put on

8    the three witnesses associated with the seizure in Texas.

9          THE COURT:  I will instruct the jury when we come

10   back from lunch about that.

11         MR. MCCULLOUGH:  Thank you.

12         THE COURT:  Do you think you'll finish with those

13   three witnesses today or are they going to stay over until

14   tomorrow?

15         MR. MCCULLOUGH:  Judge, I'm will be flabbergasted if

16   we can't get through the three of them this afternoon.  None of

17   them are expected to be that lengthy.  In fact, I would hope

18   that we will be able to get through those three and then take

19   up with Mr. Rejon Aguilar where we left off before the end of

20   the day.  I can't guarantee.

21         THE COURT:  You can't guarantee it because you can't

22   know how long Mr. Gilbert's cross is going to be with those

23   three.  But.

24         MR. GILBERT:  Your Honor, I'll make sure that we're

25   done with those three this afternoon.  I can't make any

1  promises about giving another hour or two on Mr. Rejon Aguilar

2  but I'll make sure that those three witnesses are done.

3          THE COURT:  That will be great, Mr. Gilbert.

4          MR. MCCULLOUGH:  I assume our lunch break will be at

5  12:30?

6          THE COURT:  If you don't need to come back earlier

7  than 2, that will be fine.  If you think you'll finish even if

8  we come back at 2.

9          MR. MCCULLOUGH:  We're at Your Honor's discretion on

10 that.

11         We have one thing that we absolutely must do before we

12 break, so I want to make sure when our end time is going to be.

13 We have a telephone call that is important for the afternoon

14 witnesses and I wanted to know the end time that we are going

15 to stop at this point this morning so I wanted to make sure

16 that we get that in before the break.

17         (Morning recess at 11:02 a.m.)

18         (Proceedings resumed at 11:25 a.m.)

19         (Witness resumes the stand.)

20         (Jury present.)

21         THE COURT:  Whenever you're ready, Mr. McCullough.

22         MR. MCCULLOUGH:  Thank you, Your Honor.

23              DIRECT EXAMINATION CONTINUED

24 BY MR. MCCULLOUGH:

25 Q.   Mr. Aguilar, we were talking about how much territory the

1  Gulf Cartel acquired during the ten years you were a member.  I

2  want to just go back to that briefly.

3      You testified earlier that when you joined the Gulf Cartel

4  essentially all you had was three towns on the border; is that

5  correct, in Tamaulipas?

6  A.   That's correct.

7  Q.   All right.  Now by the time that, the latter part of the

8  time you were in the Gulf Cartel between, the time period we're

9  talking about 2007 or so, by that point in time you testified

10 that you controlled everything from, on the border from

11 Matamoros to Ciudad Acuna; is that correct?

12          INTERPRETER GUTIERREZ SHEPARD:  Your Honor, may the

13 interpreter request a repetition?

14          THE COURT:  Yes.

15 BY MR. MCCULLOUGH:

16 Q.   Ciudad Acuna?

17 A.   That's correct.

18 Q.   All right.  Then you testified that you controlled

19 territory down to at least Torreon and Durango; is that

20 correct?

21 A.   That's correct.

22 Q.   Was it, how much of Durango was it you controlled?  Was it

23 just the border or did it go deeper into Durango?

24 A.   A part.

25 Q.   Is that about right?

```
1   A.   More or less.

2   Q.   All right.  How much of Zacatecas?

3   A.   All of Zacatecas, entirely.

4   Q.   Okay, how much of San Luis Potosi?

5   A.   All of it.

6   Q.   How much of Veracruz?

7   A.   All of it.

8   Q.   How much of Oaxaca?

9   A.   Half.  Half.

10  Q.   How much of Chiapas?

11  A.   Almost all of it, about three quarters of it.

12  Q.   How much of Campeche?

13  A.   All of it.

14  Q.   How much of Tabasco?

15  A.   All of it.

16  Q.   And the entire coast along the Gulf of Mexico?

17  A.   That's correct.

18  Q.   I ask you now, Mr. Aguilar, to take a look at the map on

19  the screen which is 5.11.  And the markings that I have made on

20  it.

21     By approximately 2007 or so is this the territory that was

22  controlled by the Gulf Cartel?

23  A.   That's correct.

24  Q.   You testified earlier that when you joined the Gulf Cartel

25  there were only about a 100 people; is that correct?
```

1  A.    That's correct.

2  Q.    When the Gulf Cartel broke up in 2010, how many members

3  did it have, including everybody from leadership down to

4  lookouts?

5  A.    About 25,000 people.

6  Q.    How did the Gulf Cartel acquire and control all of this

7  territory?

8  A.    Disputing over territory.

9  Q.    Did you take it by force?

10  A.    That's correct.

11  Q.    All right.  How much of this territory were you personally

12  involved in capturing?

13  A.    Three quarters.

14  Q.    In all of this territory that you captured during this

15  period, did you go in with military force; that is, with your

16  armed soldiers to take control of it?

17  A.    That's correct.

18  Q.    Inside of the Gulf Cartel territory, was anyone allowed to

19  do business without the permission of the Gulf Cartel?

20  A.    No.

21  Q.    Okay.  And to be clear when I say do business, I mean

22  traffic in drugs, cocaine and marijuana was any -- I'm sorry,

23  go ahead.

24  A.    (No response.)

25  Q.    Did the Gulf Cartel have exclusive control over the

1  marijuana and cocaine trade within the territory shown on this

2  map?

3  A.   That's correct.

4  Q.   Let me show you again briefly.

5     Mr. Rejon Aguilar, if the Gulf Cartel by this time had 200,

6  25,000 members, who were these people?  What did they represent

7  to the Gulf Cartel?

8  A.   Their commanders.

9  Q.   I want to go back and talk a little bit more about your

10  career in the Gulf Cartel as it moved toward the time of the

11  break up.  After you were in Laredo where were you sent?

12  A.   To Coahuila.

13  Q.   I'm going back to Government's Exhibit 5.0 for the record.

14        MR. GILBERT:  Could we start again with a time frame

15  for this?

16  BY MR. MCCULLOUGH:

17  Q.   Approximately when were you sent to Coahuila?

18  A.   2007.

19  Q.   Is this Coahuila that I have focused on the map here?

20  A.   That's correct.

21  Q.   Who sent you to Coahuila?

22  A.   Lazcano.

23  Q.   What were your instructions, why were you sent there?

24  A.   To start to control for accounting purposes because there

25  was no accounting going on for personnel to look at, to observe

1  and to control the drug trafficking to the United States.

2  Q.   How many plazas did you have in Coahuila when you got

3  there?

4  A.   Piedras Negras, Ciudad Acuna, Monclova, Saltillo.

5  Q.   Had Torreon been taken by the Gulf Cartel when you got

6  there or did that happen during the time that you were there?

7  A.   When I was there.

8  Q.   Were you part of the force that took Torreon?

9  A.   Yes.

10  Q.   When you took control of Coahuila, tell the jury your best

11  estimate of how much cocaine was crossing into the United

12  States from the border along Coahuila?

13  A.   About 25 or 30 tons.

14  Q.   How often?

15  A.   A month.

16  Q.   Okay, how about marijuana?

17  A.   About 60 or 70 tons.

18  Q.   How often?

19  A.   Monthly.

20  Q.   As plaza commander, was keeping up with that cross, the

21  amounts that were crossing into the United States your

22  responsibility?

23  A.   Yes.

24  Q.   Is that true of all of the other plaza commanders that had

25  border towns, that it was their responsibility to monitor the

1  trafficking across their border?

2  A.   That's correct.

3  Q.   Who was the plaza commander in Los Guerra?

4  A.   Yankee.

5  Q.   Please refer to him as Mr. Cano-Flores, sir?

6  A.   Okay.  Mr. Cano-Flores.

7  Q.   So here in Los Guerra would Mr. Cano-Flores have had the

8  same responsibility that you had --

9          MR. GILBERT:  Objection, leading question, Your

10 Honor.

11         MR. MCCULLOUGH:  I'm asking.

12         THE COURT:  You can rephrase it.

13 BY MR. MCCULLOUGH:

14 Q.   Is it your belief that Mr. Cano-Flores would have been

15 doing the same job in Los Guerra that you were doing in

16 Coahuila?

17 A.   Yes.

18 Q.   Who has ultimate responsibility for the accounts in a

19 plaza?

20 A.   The commander.

21 Q.   If drugs go missing whose responsibility is it?

22 A.   The commanders.

23 Q.   If the books are wrong and there's money missing whose

24 responsibility is it?

25 A.   The commanders.

1  Q.    If there are unauthorized people trying to move drugs

2  through your plaza and you're not stopping them, whose

3  responsibility is it?

4  A.    The plaza commanders.

5  Q.    Whose responsibility in a plaza is it to make sure that

6  there's security on the roads when loads are being moved?

7  A.    The plaza commander.

8  Q.    Who is in charge of the lookouts?

9  A.    The plaza commander.

10 Q.    Who is in charge of the sicarios, the assassins?

11 A.    The plaza commander.

12 Q.    If someone is taken prisoner inside of the plaza who makes

13 the decision what to do with them?

14 A.    The one in charge of the plaza has a part, partly a say in

15 it.

16         INTERPRETER GUTIERREZ SHEPARD:  Your Honor --

17         THE WITNESS:  The one who investigates to see if

18 they're guilty or not.

19 BY MR. MCCULLOUGH:

20 Q.    Okay.  While you were in Coahuila did you have to conduct

21 audits of any plaza bosses?

22 A.    Yes.

23 Q.    How many?

24 A.    I had to first the state, and then all of the plazas.

25 Q.    Okay.  Did you have to do an accounting in Piedras Negras?

1  A.    Yes.

2  Q.    Tell the jury what happened in that situation?

3  A.    The first time that I had to do any accounting work in

4  Piedras Negras, the accounts didn't match for the expenses with

5  the drug quantities coming in.

6  Q.    What happened?

7  A.    The plaza commander was killed.

8  Q.    By who?

9  A.    Me.

10  Q.    Did you have to do an audit of the plaza boss in Monclova?

11  A.    That's correct.

12  Q.    Tell the jury what happened there?

13  A.    Again, things didn't go well, there was lots of money

14  missing.  There was inaccurate, inaccurate payments.

15  Q.    And what happened to the plaza boss from Monclova?

16  A.    Nothing.  When he was called for accounting purposes he

17  knew what crime he had committed and he didn't show.

18  Q.    Do you know where he went?

19  A.    No.

20  Q.    Disappeared?

21  A.    That's correct.

22  Q.    While you were in Coahuila were you still going back and

23  forth to Miguel Aleman?

24  A.    That's correct.

25  Q.    Were you going there for company business or personal

1  business?

2  A.    For both reasons.

3  Q.    When you would go to Miguel Aleman would you pass through

4  or visit Los Guerra?

5  A.    I would go through Los Guerra.

6  Q.    And who was the plaza boss in Los Guerra at that time?

7  A.    Aurelio Cano-Flores.

8  Q.    When you passed through Los Guerra would you stop and

9  visit with Mr. Cano-Flores or did you ever see him there?

10  A.    I'd see him.

11  Q.    How long were you in charge of Coahuila?

12  A.    Approximately until 2010.

13  Q.    Okay.  In addition to your responsibilities in Coahuila,

14  were you given additional responsibilities for the Gulf

15  territory?

16  A.    Yes.

17  Q.    What responsibilities were you given?

18  A.    Supervise all of the other plazas.

19  Q.    And how much of the territory?

20  A.    Everything, Reynosa, three quarters of the territory.

21  Q.    Three quarters of the entire territory controlled by the

22  Gulf Cartel?

23  A.    That's correct.

24  Q.    Who gave you that job?

25  A.    Manolo (sic) Lazcano.

1  Q.   What did he want to you do in that position?

2  A.   To make sure that the accounting was in order, to check on

3  or look over personnel, weapons.

4  Q.   Was part of your responsibility to look over the books and

5  accounting of plaza regional commanders?

6  A.   That's correct.

7  Q.   Who was the regional commander over the border at that

8  time?

9  A.   It was Hummer.

10  Q.   Did you have occasion to audit Hummer's accounting?

11  A.   That's correct.

12  Q.   Did he maintain a list of all of the plaza bosses as part

13  of his accounting?

14  A.   That's correct.

15  Q.   Did you see any references --

16          MR. GILBERT:  Objection, hearsay.

17          MR. MCCULLOUGH:  It's not hearsay.

18          THE COURT:  What he saw, what he saw?

19          MR. GILBERT:  Well, in the records.

20       Can we approach, please?

21          THE COURT:  Sure.

22       (Bench conference.)

23          MR. GILBERT:  If he's going to ask him questions

24  about what's in Hummer's records, that's hearsay.

25          THE COURT:  He can't ask him how accurate it is; it's

1    there, that's all.

2            MR. GILBERT:  It's hearsay for him to talk about

3    what's in the record.  The records aren't in evidence.

4            MR. MCCULLOUGH:  May I respond?

5            THE COURT:  Yes.

6            MR. MCCULLOUGH:  803, 803.6 is a hearsay exception

7    under records of regular conducted activity.  It is a report,

8    record or data compilation of accidents, or conditions made at

9    or near the time, a person with knowledge kept in the ordinary

10   course of the business.

11           MR. GILBERT:  Well, then let's bring Mr. Hummer in

12   and have him authenticate his records.

13           MR. MCCULLOUGH:  That's not necessary under the --

14           THE COURT:  Somebody has to establish that the

15   records were kept in the ordinary course of business.

16           MR. GILBERT:  He can't do that.  He just talked about

17   killing somebody who didn't keep the records accurately.

18           THE COURT:  You'll have to review that he reviewed

19   Hummer's records and Hummer's records were kept accurately.

20        I'll overrule the objection.

21           MR. GILBERT:  If he lays that foundation.

22           THE COURT:  Of course.

23        (Open court.)

24   BY MR. MCCULLOUGH:

25   Q.   Whose responsibility was it to keep the regional

1   accounting records?

2   A.   The regional accountant and Hummer.

3   Q.   Okay.  Did you have as part of your responsibilities the

4   obligation to review or audit Hummer's books?

5   A.   That's correct.

6   Q.   Was it Hummer's responsibility to the company to maintain

7   these books on a regular basis?

8   A.   That's correct.

9   Q.   What would happen if the regional commander didn't

10  maintain his books?

11  A.   They could be punished or even killed.

12  Q.   What sort of information was kept in the books, the

13  accounting books kept by Hummer?

14  A.   Everything that had to do with accounting for drugs,

15  money, weapons, personnel.

16  Q.   Did you ever find any problems or have any difficulties

17  with Hummer's books?

18  A.   Yes, but they were minimal.

19         MR. GILBERT:  Same objection.

20  BY MR. MCCULLOUGH:

21  Q.   When you found minimal problems, what were the problems

22  with?

23  A.   The numbers didn't jive.

24  Q.   Did you ever find any problems in Hummer's books with

25  respect to the personnel that were working for him in his

1  region?

2  A.    No.

3  Q.    Did you ever find any error or mistakes in his listing of

4  the plaza commanders that were located in his region?

5  A.    No.

6  Q.    Did you review the list of plaza commanders working in

7  Hummer's region?

8  A.    Yes.

9  Q.    Who was shown as the plaza commander of Los Guerra in the

10  records kept by Hummer?

11  A.    Mr. Aurelio Cano-Flores.

12  Q.    What name was used in Hummer's books to designate

13  Mr. Cano-Flores?

14  A.    Yankee.

15  Q.    Was there any other Yankee working in that region that you

16  were aware of?

17  A.    No.

18  Q.    All right.  I want to turn your attention now to the year

19  2010.  How long, when did you stop being a member of the Gulf

20  Cartel?

21  A.    When the cartel was divided.

22  Q.    When did that happen as best you can recall?

23          INTERPRETER GUTIERREZ SHEPARD:   Interpreter

24  correction.

25          When the cartel broke up?

1           THE WITNESS:  In February of 2010.

2  BY MR. MCCULLOUGH:

3  Q.   Why is it that you remember specifically when this

4  happened?  What was significant about that date?

5  A.   It was when Osiel was sentenced or close to his

6  sentencing.

7  Q.   Why did that cause a split in the Gulf Cartel?

8           INTERPRETER GUTIERREZ SHEPARD:  Your Honor, may the

9  interpreter request an interpretation?

10          THE COURT:  Sure.

11          THE WITNESS:  Because of territorial extension.

12  BY MR. MCCULLOUGH:

13  Q.   What was going on inside of the Gulf Cartel that led you

14  to split up in February of 2010?

15  A.   There was already in-fighting in the company.

16  Q.   Over what?

17  A.   Regarding land, trouble between the plazas.

18  Q.   Were you still loyal to Osiel until February of 2010?

19  A.   That's correct.

20  Q.   What did you or you and the Zetas do for Osiel right

21  before the Gulf Cartel broke up?

22  A.   We were still able to send him 60 million dollars.

23  Q.   What was that for?

24  A.   For him to use in the United States to lower his sentence.

25  Q.   When you, when the Gulf Cartel broke up, what did it break

1  up into?  What organizations did emerge from the break up of

2  the Gulf Cartel?

3  A.    The war came.

4  Q.    Who was the war between?

5  A.    Between the armed part of the, the armed part, the Zetas

6  and the Gulf.

7  Q.    At this point in time did the Zetas consider themselves a

8  separate organization?

9  A.    Yes, when they broke up, yes.

10 Q.    Did all of the Zetas break off or did any remain with the

11 Gulf Cartel?

12 A.    Some remained with the cartel.

13 Q.    How long were you on the payroll of the Gulf Cartel, or

14 when did you come off the payroll of the Gulf Cartel?

15 A.    Up until it split in 2010.

16 Q.    When it split in 2010, who was the leader of the Zeta, the

17 Los Zetas organization?

18 A.    Heriberto Lazcano.

19 Q.    Who were his lieutenants, his top people?

20 A.    It was Miguel Morales Trevino.

21 Q.    That's 40?

22 A.    That's correct.

23 Q.    Who else?

24 A.    Omar Trevino.

25 Q.    That's 42?

1    A.    That's correct.

2    Q.    Anybody else we've talked about who is in the leadership

3    of Los Zetas after it slip off from the Gulf Cartel?

4    A.    It was me.

5    Q.    All right.  Now let's talk about the Gulf Cartel after Los

6    Zetas left it?  Who is now in the leadership of the Gulf

7    Cartel?

8    A.    Costilla and Ezequiel.

9    Q.    And Ezequiel's nickname was what?

10    A.    Tony Tormenta.

11    Q.    Did you remain with the Los Zetas organization until you

12    were arrested?

13    A.    That's right.

14    Q.    When did that happen?

15    A.    July of 2011.

16    Q.    Between February 2010 and July 2011 what was the

17    relationship between the Gulf Cartel and the Los Zetas?

18    A.    They were enemies.

19    Q.    Were there wars?

20    A.    That's right.

21    Q.    How many?

22    A.    Many.

23          MR. MCCULLOUGH:  May I have a moment, Your Honor?

24          THE COURT:  Sure.

25        (Pause.)

1  BY MR. MCCULLOUGH:

2  Q.   If you would, sir, please go back to your transcript

3  notebook, the white notebook.  And Mr. Rejon Aguilar, if you

4  would please turn to tab number 15 in your notebook.  Look at

5  page 2 of that transcript and see if this is a telephone call

6  that you've seen before?

7  A.   That's right.

8  Q.   For the record, this is Government's 3.15.  The identity

9  of Aurelio Cano-Flores has been stipulated to, the other

10  speaker has not.  The call occurred on May 29th, 2007 at 2:53

11  p.m.

12      Mr. Rejon Aguilar, when you listened to this recording did

13  you recognize the person who was speaking with Aurelio

14  Cano-Flores?

15  A.   That's right.

16  Q.   Who was it?

17  A.   El Negro Josue.

18  Q.   Who was El Negro Josue?

19  A.   One of the accountants for the company.

20  Q.   Is he somebody you worked with for the company?

21  A.   That's right.

22  Q.   Is he an accountant who worked for you or under you at

23  some point?

24  A.   That's right.

25           MR. MCCULLOUGH:  Ladies and gentlemen, let's turn to

1   tab number 15 in your books if you have not done so already.

2        (Government's Exhibit at tab number 15 played.)

3   BY MR. MCCULLOUGH:

4   Q.   Mr. Rejon Aguilar, in the, about line five or so, Negro

5   Josue says it's from the company.

6        What is that a reference to?

7             MR. GILBERT:  Objection, Your Honor, that's not what

8   it says.

9             THE COURT:  Sustained.

10            MR. GILBERT:  No, I thought you said sustained.

11            THE COURT:  I sustained the objection.

12  BY MR. MCCULLOUGH:

13  Q.   It says oh, It's from my buddy's company for the, from the

14  company.

15       Can you tell us what that's a reference to?

16            INTERPRETER SALAZAR:  Your Honor, the interpreter

17  will find the exact passage.

18            MR. MCCULLOUGH:  It's at line five.

19            THE WITNESS:  He's talking about the company which is

20  one in the same, that there isn't any other.  It's the only

21  one.

22  BY MR. MCCULLOUGH:

23  Q.   Okay.  Now in the next two paragraphs, Mr. Cano-Flores

24  talks about the money being for the half and the half I

25  delivered.  Can you tell from the context of this conversation

1    and what they're discussing what it was that Mr. Cano-Flores

2    delivered?

3    A.    Well, based on the context there he delivered drugs.

4    Q.    Now in the next paragraph, paragraph seven Negro Josue

5    says I don't know because I haven't sold it but I still have

6    about 600 kilos but he told me to send him 50,000.

7        From that reference can you tell whether they're discussing

8    cocaine or marijuana?

9    A.    Marijuana.

10   Q.    On page 2 of the transcript in Section 8 Mr. Cano-Flores

11   says he should tell you, he should tell you he had an account

12   pending with me and he has to deliver separately.

13       Do you understand that reference?  What is an account

14   pending?

15   A.    That he has a debt.

16   Q.    All right.  If you would please turn over to the next tab,

17   tab number 16.  Look at page 2.  And see if you recognize this

18   as a conversation you previously reviewed?

19   A.    That's right.

20   Q.    For the record, this is Government's 3.16.  The identity

21   of Aurelio Cano-Flores has been stipulated to, the other

22   speaker has not.  The interception occurred on May 29th, 2007

23   at 7:43 p.m.

24       Mr. Rejon Aguilar, when you listened to this telephone call

25   did you recognize the voice of the person to whom Aurelio

```
 1  Cano-Flores was speaking?

 2  A.   That's right.

 3  Q.   Who was the person that Mr. Cano-Flores is speaking with?

 4  A.   With La Chispa.

 5  Q.   Who is Chispa?

 6  A.   He is a drug buyer from Miguel Aleman.

 7  Q.   Is he a member of the Gulf Cartel?

 8  A.   A buyer.

 9  Q.   And do you know him personally?

10  A.   That's right.

11  Q.   All right.

12           MR. MCCULLOUGH:  Ladies and gentlemen, you can turn

13  to tab number 16 if you would.

14       Can you play that?

15       (Government Number 3.16 played.)

16  BY MR. MCCULLOUGH:

17  Q.   Mr. Aguilar, on this telephone call Mr. Cano-Flores says

18  that he's, I've got some that arrived yesterday but it's not

19  much, 250 kilos.

20      Would you believe that to be a reference to cocaine or

21  marijuana?

22  A.   Marijuana.

23  Q.   What does the word carmel mean in this context?

24  A.   Good, that it looks, that it's good.

25  Q.   You referred to Chispa as a buyer, what do you mean by
```

1   that?

2   A.   He's a buyer that buys all of the marijuana that arrives

3   from the company.

4   Q.   Okay.  So was he an authorized person who was allowed to

5   do business with the company?

6   A.   That's right.

7           MR. MCCULLOUGH:  Your Honor, given our proximity to

8   the lunch hour, I'd like to play one more call and then ask

9   that we go ahead and take our lunch and I'll reserve the rest

10  for later on if that's fine.

11          THE COURT:  Sure.  By the time you do one more call

12  we'll all be ready to eat.

13  BY MR. MCCULLOUGH:

14  Q.   All right.  Mr. Rejon Aguilar, if you would please turn to

15  tab number 23.

16     I'd ask you to look at page 2 of this transcript and see if

17  it's a call that you recognize?

18  A.   That's right.

19  Q.   For the record, Your Honor, this is call number 3.23.  The

20  identity of Aurelio Cano-Flores has been stipulated to, the

21  other person is listed as an unidentified male.  The date of

22  the recording is May 29th, 2007.  The time of the recording is

23  2:25 p.m.

24     Ladies and gentlemen, please turn to tab 23 if you have not

25  done so already.

1        (Government Exhibit at tab 23 played.)

2    BY MR. MCCULLOUGH:

3    Q.    Mr. Rejon Aguilar, in the first part of that conversation,

4    Mr. Cano-Flores says what's up, what's up.  And in response the

5    person on the other end of the phone says my calfs drowned.

6        Do you understand that reference?

7              INTERPRETER SALAZAR:  May the interpreter clarify?

8              THE COURT:  Yes.

9              THE WITNESS:  Yes.  He's saying that the merchandise

10   was lost on this side.  It was seized.

11   BY MR. MCCULLOUGH:

12   Q.    Okay.  And in paragraph four he says the calfs went down

13   on other side.  What does that mean?

14   A.    That's what it's referring to.  That the merchandise was

15   seized here in the United States.

16   Q.    And then he says I think they also busted there the other

17   commander Metro Tres as well.  There were 500 of his that fell.

18   In other words, the total amount that was ours all in all was

19   about a thousand.

20       Do you understand what that's a reference to?

21   A.    Yes, that they were lost.  That there were 500 kilos

22   belonging to Metro Tres and that a total 1,000 kilos were lost.

23   Q.    If you turn over to page 2, in paragraph 8.  It says

24   commander Metro Tres cooperated with 500.  In total they

25   carried other people's too, I think it was like 1200.

1        Do you understand that reference?

2   A.   Yes.  He's saying that 1,200 kilos of marijuana were lost.

3   Q.   Do you know who Guerrero is?

4        INTERPRETER SALAZAR:  Interpreter request repetition

5   of the name?

6   BY MR. MCCULLOUGH:

7   Q.   Guero, G-U-E-R-O.

8   A.   No.

9   Q.   Okay.  In paragraph 10 the person on the other end of the

10  phone says you tell me commander to Mr. Cano-Flores.

11       At this time what was Mr. Cano-Flores the commander of?

12  A.   At that time he was commander of Los Guerra.

13  Q.   Why would you expect that whoever this person is would be

14  calling Aurelio Cano-Flores to report these drugs lost in the

15  United States?

16       MR. GILBERT:  Objection.  That calls for speculation.

17       THE COURT:  If he knows.

18  BY MR. MCCULLOUGH:

19  Q.   If he knows, why would a person, why would this person be

20  calling Aurelio Cano-Flores to report the seizure of drugs in

21  the United States?

22       MR. GILBERT:  He doesn't even know who the person is.

23       THE COURT:  Overruled.

24       THE WITNESS:  Because he needed to know should he be

25  asked of the response.  Since he was responsible for a certain

1  plaza, should he be asked anything about it he needed to know

2  whose merchandise had been lost and that it was so and so's

3  merchandise and that I sold it to him.

4  BY MR. MCCULLOUGH:

5  Q.   All right.

6        MR. GILBERT:  I'm sorry, I did not hear the last

7  thing that the interpreter said.

8        INTERPRETER SALAZAR:  That it was so and so's

9  merchandise and I sold it to him.

10        MR. MCCULLOUGH:  At this time we have no further

11  questions.  We will be recalling this witness briefly later on.

12        THE COURT:  Okay.  Ladies and gentlemen, that brings

13  us right up to the lunch hour.  We're going to excuse you for

14  lunch.  Ask that you be back here at two.

15        And I'll remind you not to be discussing the case

16  amongst yourselves or with anyone else, and you may retire now

17  to the jury room.

18        Counsel, if you'll wait a moment.

19        (Jury excused at 12:30 p.m.)

20        (Witness excused.)

21        Mr. McCullough, I have a couple of questions for you.  I

22  don't know if you need to clarify for the jury but I certainly

23  would like to know.

24        Where was Osiel, however you say, where was he a

25  prisoner?

1          MR. MCCULLOUGH:  He was in the United States at that

2    time.

3          THE COURT:  He was in the United States?

4          MR. MCCULLOUGH:  Yes.

5          THE COURT:  At that time?

6          MR. MCCULLOUGH:  Yes.

7          THE COURT:  I take it at one point he was in Mexico

8    when they were trying to do the escape with the helicopters?

9          MR. MCCULLOUGH:  Yes.  He was extradited during that

10   interim period.  I'm not sure if this witness knows exactly

11   when but he knows that he was extradited.  I can certainly

12   clarify that.

13         THE COURT:  The witness implied, at least I thought

14   he did in an answer, that 60 million dollars was sent here to

15   help reduce his sentence.

16       Are we going to let that stay just the way it is on the

17   record?

18         MR. MCCULLOUGH:  I will ask him some follow up

19   questions.  I don't know that he knows.

20         THE COURT:  I don't know if this witness does.

21       Does anyone know?

22       You don't have to answer.

23         MR. MCCULLOUGH:  I don't know.

24         THE COURT:  You don't know.  Okay, well, I just

25   thought if it was an obvious fact that we didn't leave hanging

1  out there it would be nice, but if nobody knows, there's no

2  need to clarify.  Don't clarify it with this witness if he

3  doesn't know.

4           MR. MCCULLOUGH:  I will check on it and make sure one

5  way or the other, Your Honor.  I'll go back and look at our

6  notes on that.

7           THE COURT:  It leaves a certain implication that one

8  would like to have cleared up if the 60 million dollars wasn't

9  going to effect his sentence, I hope that wasn't the case.

10          MR. MCCULLOUGH:  I understand.

11          THE COURT:  If it was 60 million dollars to pay an

12  attorney, maybe we could bring that out rather than making it

13  sound like something different.  But it's not important.  It's

14  just --

15          MR. MCCULLOUGH:  It's interesting.

16          THE COURT:  A Judge's curiosity.

17          MR. MCCULLOUGH:  It's interesting for sure.

18          THE COURT:  Yes.  See y'all back here at 2 o'clock.

19          (Luncheon recess at 12:35 p.m.)

20

21

22

23

24

25

```
1                        I-N-D-E-X

2                              Direct   Cross   Redirect   Recross

3   On behalf of the Government:

4     Jesus Enrique Rejon Aguilar

5        By Mr. McCullough          2

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____          _____
/s/Crystal M. Pilgrim, RPR                Date: February 15, 2013

Case 1:08-cr-00057-BJR   Document 107   Filed 04/10/18   Page 57 of 68

```
- Case 1:08-cr-00057-BJR
------------------------------
 1/7

/

/s/Crystal [1]   56/12

0

08-57-16 [1]   1/3

1

1's [1]   19/7
1,000 [1]   50/22
1,200 [1]   51/2
10 [5]   5/8 6/2 6/3 12/5
 51/9
100 [1]   30/25
11 [1]   7/23
11:00 [1]   26/19
11:02 [1]   28/17
11:25 [1]   28/18
12 [1]   10/9
1200 [1]   50/25
12:30 [2]   28/5 52/19
12:35 [1]   54/19
13 [2]   13/1 13/9
1360 [1]   1/19
13th [2]   3/22 10/15
14 [2]   1/5 15/22
145 [1]   1/13
14th [1]   13/8
15 [5]   26/17 45/4 46/1
 46/2 56/12
16 [3]   1/3 47/17 48/13
17 [2]   17/16 18/24

2

20 [2]   2/19 3/8
200 [2]   6/9 32/5
2000 [1]   24/4
20001 [1]   1/23
20004 [1]   1/17
2007 [11]   3/22 8/6 10/15
 13/8 16/3 29/9 30/21
 32/18 45/10 47/22 49/22
2010 [10]   24/4 31/2 37/12
 41/19 42/1 42/14 42/18
 43/15 43/16 44/16
2011 [2]   44/15 44/16
2013 [2]   1/5 56/12
20530 [1]   1/14
21 [1]   17/22
22 [1]   12/17
22101 [1]   1/19
23 [4]   2/23 49/15 49/24
 50/1
25 [1]   33/13
25,000 [2]   31/5 32/6
250 [1]   48/19
26 [1]   7/8
27 [1]   18/16
29 [1]   19/5
29th [3]   45/10 47/22
 49/22
2:25 [1]   49/23
2:53 [1]   45/10
2:59 [1]   16/3

3

3,000 [1]   10/3
3.11 [2]   8/5 8/7
```

```
3.13 [2]   13/5 13/11
3.14 [1]   16/1 16/5
3.15 [1]   45/8
3.16 [2]   47/20 48/15
3.23 [2]   2/24 49/19
3.4 [1]   2/24
3.9 [2]   3/22 3/25
30 [1]   33/13
31 [1]   19/14
33 [1]   20/2
333 [1]   1/22
3:09 [1]   3/22
3:32 [1]   13/8

4

40 [1]   43/21
42 [1]   43/25
47 [2]   21/24 21/25

5

5.0 [1]   32/13
5.11 [1]   30/19
5.2 [1]   22/23
50,000 [1]   47/6
500 [3]   50/17 50/21 50/24

6

60 [5]   33/17 42/22 53/14
 54/8 54/11
600 [1]   47/6
601 [1]   1/16
68 [2]   11/8 11/8

7

70 [1]   33/17
7:26 [1]   10/15
7:43 [1]   47/23

8

803 [1]   39/6
803.6 [1]   39/6
88 [11]   5/14 5/16 5/16
 5/18 6/6 6/10 6/23 6/25
 7/2 7/4 9/1

9

900 [1]   1/17
96 [7]   12/6 12/7 12/8
 16/11 16/13 16/15 16/16
963 [3]   16/10 16/10 16/15
9:35 [1]   1/5
9:51 [1]   8/6
9th [1]   8/6

A

a.m [4]   1/5 1/8 28/17
 28/18
ability [1]   56/3
able [2]   27/18 42/22
about [37]   2/16 4/3 6/20
 6/21 10/22 14/24 16/8
 20/16 20/23 21/19 22/8
 23/13 24/1 27/10 28/1
 28/25 29/9 29/25 30/11
 30/25 31/5 32/9 33/13
 33/16 33/17 38/24 39/2
 39/16 42/4 44/2 44/5 46/4
 46/19 46/24 47/6 50/19
 52/1
above [3]   14/16 56/3 56/6
absolutely [1]   28/11
```

```
accidents [1]   39/8
according [1]   6/9
account [2]   47/11 47/13
accountant [2]   40/2 45/22
accountants [1]   45/19
accounting [12]   32/24
 32/25 35/25 36/3 36/16
 38/2 38/5 38/10 38/13
 40/1 40/13 40/14
accounts [2]   34/18 36/4
accurate [3]   3/8 3/8
 38/25
accurately [2]   39/17
 39/19
acquire [1]   31/6
acquired [1]   29/1
across [1]   34/1
action [2]   56/8 56/10
active [2]   5/18 16/22
activity [1]   39/7
actual [1]   4/10
Acuna [6]   24/8 24/11
 24/12 29/11 29/16 33/4
addition [1]   37/13
additional [1]   37/14
admitted [1]   22/22
after [7]   8/16 14/9 17/8
 23/24 32/11 44/3 44/5
afternoon [4]   27/7 27/16
 27/25 28/13
again [8]   4/5 13/16 19/4
 21/13 22/22 32/4 32/14
 36/13
agreed [1]   27/5
agreement [1]   18/2
AGUILAR [30]   2/9 2/12 3/2
 3/12 4/2 5/7 6/5 7/22
 7/24 8/9 10/9 10/17 13/1
 13/13 16/6 20/15 27/6
 27/19 28/1 28/25 30/18
 32/5 45/3 45/12 46/4
 47/24 48/17 49/14 50/3
 55/4
ahead [2]   31/23 49/9
aided [1]   1/24
air [1]   26/11
AK [2]   21/24 21/25
Aldamas [3]   23/1 23/12
 23/13
Aleman [10]   11/13 11/14
 12/15 14/5 22/14 22/16
 22/19 36/23 37/3 48/6
Alfa [2]   11/15 11/15
all [55]   3/12 5/6 5/25
 7/4 7/22 7/23 10/8 10/17
 11/16 12/4 12/6 12/25
 14/9 14/21 16/6 16/9
 16/19 17/3 17/15 18/15
 19/13 23/1 23/24 26/4
 26/11 26/12 29/4 29/7
 29/18 30/2 30/3 30/5 30/7
 30/11 30/13 30/15 31/6
 31/11 31/14 33/24 35/24
 37/18 38/12 39/1 41/18
 43/10 44/5 47/16 48/11
 49/2 49/12 49/14 50/18
 50/18 52/5
allowed [2]   31/18 49/4
Almost [1]   30/11
along [2]   30/16 33/12
Alonzo [1]   8/13
```

**A** Case 1:08-cr-00057-BJR

already [7]   3/24 6/2
 13/10 19/19 42/15 46/1
 49/25
also [3]   9/8 21/15 50/16
always [3]   9/22 9/25 10/3
am [3]   23/6 56/7 56/9
AMERICA [1]   1/3
Ammunition [1]   21/21
amongst [1]   52/16
amount [1]   50/18
amounts [1]   33/21
Ani [2]   10/19 10/21
another [2]   18/3 28/1
answer [2]   53/14 53/22
any [20]   10/24 11/10
 12/22 16/23 18/16 20/17
 22/24 27/25 31/22 35/21
 36/3 38/15 40/16 40/16
 40/24 41/3 41/15 43/10
 46/20 56/8
Anybody [1]   44/2
anymore [1]   23/19
anyone [3]   31/18 52/16
 53/21
anything [1]   52/1
aparato [1]   20/21
apologize [1]   21/13
APPEARANCES [1]   1/11
approach [1]   38/20
approximately [3]   30/21
 32/17 37/12
April [3]   8/6 10/15 13/8
Arcabuz [2]   23/1 23/7
 23/9
are [27]   2/8 2/23 3/17
 3/17 7/4 10/23 11/4 11/12
 12/11 12/11 12/12 13/16
 13/21 17/8 20/16 21/19
 22/3 22/6 22/7 27/13
 27/17 28/2 28/14 34/23
 35/1 35/6 53/16
area [2]   24/3 24/10
areas [1]   24/5
aren't [1]   39/3
armed [3]   31/16 43/5 43/5
around [1]   14/10
arrested [1]   44/12
arrived [1]   48/18
arrives [1]   49/2
as [26]   3/15 5/2 5/9 5/13
 6/21 8/1 8/11 10/10 12/17
 13/6 15/23 17/10 19/23
 22/22 22/23 32/10 33/20
 34/5 38/12 40/3 41/9
 41/22 47/18 48/25 49/21
 50/17
ask [11]   2/16 4/2 17/17
 18/23 30/18 38/23 38/25
 49/8 49/16 52/14 53/18
asked [3]   19/19 51/25
 52/1
asking [9]   6/10 10/24
 14/5 17/21 19/9 19/20
 19/22 21/9 34/11
asks [1]   10/18
assassins [1]   35/10
assault [1]   22/1
associated [2]   2/20 27/8
assume [1]   28/4

attention [1]   41/18
attorney [1]   54/12
audio [1]   3/3
audit [3]   36/10 38/10
 40/4
audits [1]   35/21
AURELIO [12]   1/5 10/14
 16/2 37/7 41/11 45/9
 45/13 47/21 47/25 49/20
 51/14 51/20
authenticate [1]   39/12
authorize [1]   9/4
authorized [1]   49/4
automobiles [1]   19/21
available [2]   14/10 14/13
Ave [1]   1/16
Avenue [1]   1/22
aware [1]   41/16

**B**

back [19]   10/17 13/13
 16/6 18/23 18/24 19/4
 19/4 22/8 27/10 28/6 28/8
 29/2 32/9 32/13 36/22
 45/2 52/14 54/5 54/18
Baldeces [2]   10/23 13/22
Barajas [1]   5/14
BARBARA [1]   1/9
based [1]   47/3
basis [1]   40/7
be [49]   4/22 4/24 6/7
 6/25 9/6 11/4 11/24 12/6
 13/18 14/3 14/8 14/17
 15/2 15/4 15/6 15/13 17/5
 17/10 17/12 18/12 19/11
 19/20 21/21 23/13 23/17
 23/19 24/9 26/15 26/17
 27/15 27/17 27/18 27/22
 28/3 28/4 28/7 28/12
 31/21 40/11 48/20 49/12
 51/13 51/19 51/24 52/1
 52/11 52/14 52/15 54/1
Bear [1]   23/24
because [14]   4/19 5/18
 5/19 5/21 7/2 9/8 10/3
 11/24 13/18 15/5 19/25
 20/5 23/4 26/6 27/21
 32/24 42/11 47/5 51/24
been [18]   3/21 5/15 5/22
 8/5 10/14 13/7 16/2 17/17
 18/2 22/10 22/22 26/24
 33/5 34/14 45/9 47/21
 49/20 52/2
before [9]   1/9 2/15 2/17
 2/18 27/19 28/11 28/16
 42/21 45/6
begin [1]   26/10
behalf [1]   55/3
being [4]   12/20 35/6
 41/19 46/24
belief [1]   34/14
believe [2]   6/20 48/20
belonged [1]   13/19
belonging [1]   50/22
below [2]   9/15 23/11
Bench [1]   38/22
benefit [1]   21/25
best [3]   33/10 41/22 56/3
between [7]   24/4 29/8

bit [5]   6/9 20/15 22/8
 26/7 32/9
Bldg [1]   1/17
boarders [2]   24/24 25/20
bolitas [1]   22/6
books [11]   34/23 38/4
 40/4 40/7 40/10 40/12
 40/13 40/17 40/24 41/12
 46/1
border [13]   24/7 25/23
 25/24 26/4 26/5 26/12
 29/4 29/10 29/23 33/12
 33/25 34/1 38/7
bordering [1]   26/13
boss [5]   17/4 17/5 36/10
 36/15 37/6
bosses [2]   35/21 38/12
both [3]   12/3 12/3 37/2
bottom [2]   19/5 19/14
bought [4]   8/17 8/17 8/20
 11/3
break [9]   26/14 27/5 28/4
 28/12 28/16 32/11 42/25
 43/1 43/10
Bridge [1]   1/19
briefly [3]   29/2 32/4
 52/11
brincar [1]   14/1
bring [4]   18/19 18/19
 39/11 54/12
brings [1]   52/12
bro [1]   12/5
broke [5]   31/2 41/25
 42/21 42/25 43/9
brought [1]   12/6
buddy [1]   10/19
buddy's [1]   46/13
built [1]   4/24
business [8]   15/20 31/19
 31/21 36/25 37/1 39/10
 39/15 49/5
busted [1]   50/16
buy [3]   11/6 19/7 19/12
buyer [4]   48/6 48/8 48/25
 49/2
buyers [6]   10/22 11/1
 11/1 11/3 11/4 13/22
buying [2]   10/3 11/5
buys [1]   49/2

**C**

calfs [2]   50/5 50/12
call [31]   3/21 4/3 5/9
 5/12 5/15 6/5 6/7 6/20
 8/1 8/6 8/9 8/10 9/1
 10/10 10/15 10/18 12/8
 13/2 13/7 15/24 16/8 20/8
 28/13 45/5 45/10 47/24
 48/17 49/8 49/11 49/17
 49/19
called [9]   10/23 19/16
 20/3 20/5 20/19 21/21
 21/22 21/22 36/16
calling [2]   51/14 51/20
calls [5]   2/16 3/9 3/15
 20/10 51/16
Camargo [2]   5/20 6/17
came [1]   43/3
Campeche [1]   30/12

## C

can [19]   6/1 8/21 9/2
 10/1 10/25 13/9 14/23
 14/24 18/23 20/17 34/12
 38/20 41/22 46/15 46/25
 47/7 48/12 48/14 53/11
can't [7]   27/16 27/20
 27/21 27/21 27/25 38/25
 39/16
cannot [1]   23/4
CANO [64]
CANO-FLORES [16]   1/5 5/14
 10/14 16/2 19/15 34/5
 34/6 37/7 41/11 45/9
 45/14 47/21 48/1 49/20
 51/14 51/20
capsula [1]   21/21
capsules [1]   21/21
captured [1]   31/14
capturing [1]   31/12
car [2]   14/5 14/7
career [1]   32/10
carmel [1]   48/23
carried [1]   50/25
cars [4]   14/13 15/10
 19/19 19/22
cartel [56]   2/20 4/14
 5/18 5/23 6/15 6/23 8/14
 11/4 11/5 11/6 12/2 15/8
 15/17 16/22 19/3 20/7
 20/18 22/9 24/2 24/4 24/6
 24/23 26/3 26/12 29/1
 29/3 29/8 30/22 30/24
 31/2 31/6 31/18 31/19
 31/25 32/5 32/7 32/10
 33/5 37/22 41/20 41/21
 41/25 42/7 42/13 42/21
 42/25 43/2 43/11 43/12
 43/13 43/14 44/3 44/5
 44/7 44/17 48/7
Cartel's [1]   19/18
case [3]   18/16 52/15 54/9
cause [1]   42/7
certain [2]   51/25 54/7
certainly [2]   52/22 53/11
CERTIFICATE [1]   56/1
certify [2]   56/2 56/7
Chain [1]   1/19
Chaipas [1]   25/23
chair [1]   12/22
charge [10]   5/20 9/4
 15/13 17/11 18/13 23/22
 35/8 35/10 35/14 37/11
Chavila [1]   5/14
check [2]   38/2 54/4
Chiapas [5]   25/22 25/23
 26/1 26/2 30/10
Chipa's [1]   5/19
Chispa [3]   48/4 48/5
 48/25
city [4]   11/24 12/1 23/21
 24/7
Ciudad [6]   6/17 24/8
 24/11 29/11 29/16 33/4
civilian [2]   6/23 6/24
clarified [1]   7/19
clarify [5]   50/7 52/22
 53/12 54/2 54/2
clavo [2]   14/6 14/14
clavos [1]   15/8

cleared [1]   54/8
clip [1]   22/4
close [2]   3/8 42/5
closely [2]   5/21 7/2
Coahuila [13]   24/12 32/12
 32/17 32/19 32/21 33/2
 33/10 33/12 34/16 35/20
 36/22 37/11 37/13
coast [3]   19/20 25/2
 30/16
cocaine [14]   6/21 8/22
 11/3 12/2 12/3 18/19
 19/12 20/18 20/22 31/22
 32/1 33/11 47/8 48/20
code [17]   5/4 11/14 12/7
 16/13 20/17 21/16 21/19
codes [1]   20/16
COLUMBIA [2]   1/1 1/22
Comanche [3]   12/18 18/11
 18/12
come [5]   8/25 27/9 28/6
 28/8 43/14
comes [1]   9/22
coming [5]   12/11 12/11
 12/12 12/14 36/5
commander [24]   7/2 7/5
 7/6 12/20 12/21 17/9
 17/10 22/21 22/23 33/20
 34/3 34/20 35/7 35/9
 35/11 36/7 38/7 40/9 41/9
 50/17 50/24 51/10 51/11
 51/12
commanders [8]   32/8 33/24
 34/22 34/25 35/4 38/5
 41/4 41/6
committed [1]   36/17
company [13]   15/20 19/1
 36/25 40/6 42/15 45/19
 45/20 46/5 46/13 46/14
 46/19 49/3 49/5
compartment [5]   14/7 15/5
 15/11 19/22 20/8
compartments [4]   14/14
 15/7 15/11 20/1
compilation [1]   39/8
computer [1]   1/24
computer-aided [1]   1/24
conditions [1]   39/8
conduct [1]   35/20
conducted [1]   39/7
conference [1]   38/22
consider [1]   43/7
constantly [1]   10/4
Constitution [1]   1/22
contact [1]   19/25
context [4]   8/21 46/25
 47/3 48/23
CONTINUED [2]   2/10 28/23
control [12]   24/13 24/23
 25/3 25/19 26/1 26/3 31/6
 31/16 31/25 32/24 33/1
 33/10
controlled [7]   24/3 24/6
 24/19 26/12 29/10 29/18
 29/22 30/22 37/21
conversation [7]   3/18 5/1
 8/21 18/8 46/25 47/18
 50/3
conversations [2]   2/19
 20/17

convey [1]   37/2
cooperated [1]   50/24
correct [34]   2/18 3/10
 8/15 16/18 17/2 22/11
 29/5 29/6 29/11 29/17
 29/20 29/21 30/17 30/23
 30/25 31/1 31/10 31/17
 32/3 32/20 34/2 36/11
 36/21 36/24 37/23 38/6
 38/11 38/14 40/5 40/8
 42/19 43/22 44/1 56/2
correction [2]   16/13
 41/24
cortas [1]   21/22
Costilla [4]   17/7 19/17
 19/17 44/8
could [11]   10/8 11/20
 12/6 12/25 14/8 15/5 15/6
 18/9 32/14 40/11 54/12
couldn't [3]   18/6 18/11
 21/6
counsel [3]   26/18 52/18
 56/7
couple [3]   2/16 4/2 52/21
course [3]   39/10 39/15
 39/22
court [6]   1/1 1/20 1/21
 1/21 39/23 56/5
covered [1]   23/17
CR [1]   1/3
create [1]   4/20
creating [1]   15/13
crime [1]   36/17
cross [3]   27/22 33/20
 55/2
crossed [3]   4/14 4/15
 14/3
crosses [2]   4/10 4/11
crossing [2]   33/11 33/21
CRYSTAL [2]   1/20 56/12
cuadros [4]   18/17 19/7
 20/19 20/22
cuernos [1]   21/23
curiosity [1]   54/16
customer [1]   10/6

## D

D.C [1]   1/4
DARRIN [1]   1/12
data [1]   39/8
date [6]   8/6 16/3 42/4
 49/21 56/5 56/12
day [2]   1/6 27/20
DC [3]   1/14 1/17 1/23
debt [3]   7/1 7/20 47/15
decision [1]   35/13
deeper [1]   29/23
defendant [3]   1/6 1/16
 4/3
deliver [1]   47/12
delivered [3]   46/25 47/2
 47/3
Department [1]   1/13
designate [1]   41/12
did [54]   3/2 4/14 5/12
 5/17 6/16 9/4 15/8 15/20
 24/5 24/13 24/23 25/2
 25/19 26/1 26/8 26/9
 29/23 31/3 31/6 31/9
 31/15 31/25 32/6 33/2
 33/6 35/20 35/25 36/10

did... [26]   37/9 38/1
 38/10 38/12 38/15 40/3
 40/16 40/24 41/3 41/6
 41/19 41/22 42/7 42/20
 42/25 43/1 43/7 43/10
 43/10 43/14 44/11 44/14
 45/12 47/25 52/6 53/14
didn't [9]   8/25 21/7 36/4
 36/13 36/17 39/17 40/9
 40/23 53/25
different [3]   2/20 23/18
 54/13
difficulties [1]   40/16
DIRECT [3]   2/10 28/23
 55/2
Disappeared [1]   36/20
discretion [1]   28/9
discussing [6]   6/22 18/25
 26/24 47/1 47/7 52/15
Disputing [1]   31/8
distinction [1]   12/20
DISTRICT [6]   1/1 1/1 1/9
 1/21 1/22 56/5
divided [1]   41/21
do [50]   2/15 3/15 5/2 5/9
 6/6 6/11 6/18 7/11 8/1
 8/19 9/10 9/19 10/10
 10/21 11/1 12/23 14/22
 15/20 16/23 17/4 17/5
 17/18 17/24 18/8 20/8
 26/21 27/5 27/12 28/11
 31/19 31/21 35/13 35/25
 36/3 36/10 36/18 38/1
 39/16 40/14 42/20 47/13
 48/9 48/25 49/5 49/11
 50/6 50/20 51/1 51/3 53/8
Doble [2]   19/16 19/16
Docket [1]   1/3
documentos [1]   21/18
documents [2]   20/6 21/18
does [15]   7/11 11/19 14/1
 14/6 14/12 14/19 15/2
 17/20 18/1 19/8 20/21
 48/23 50/13 53/20 53/21
doesn't [2]   51/22 54/3
doing [2]   34/15 34/15
dollars [4]   42/22 53/14
 54/8 54/11
don't [15]   4/19 11/9
 11/10 12/24 18/22 18/22
 28/6 47/5 52/22 53/19
 53/20 53/22 53/23 53/24
 54/2
done [6]   19/19 27/7 27/25
 28/2 46/1 49/25
down [16]   11/7 11/10
 11/16 12/10 14/4 16/19
 17/22 18/20 19/5 19/14
 20/2 25/2 25/9 29/19 31/3
 50/12
drowned [1]   50/5
drug [6]   4/5 11/24 26/6
 33/1 36/5 48/6
drugs [14]   4/9 4/23 8/20
 10/5 11/3 20/8 26/8 31/22
 34/21 35/1 40/14 47/3
 51/14 51/20
dude [1]   13/15
Durango [6]   24/20 24/21

31/14 33/6 53/9

E

each [3]   3/2 3/6 3/8
earlier [6]   22/10 24/1
 27/2 28/6 29/3 30/24
East [1]   1/14
eat [1]   49/12
Eduardo [1]   19/17
effect [1]   54/9
Efrain [1]   5/19
eight [1]   4/4
either [1]   26/10
El [3]   23/1 45/17 45/18
elaborate [1]   26/7
electronic [1]   15/6
else [9]   19/24 24/19 25/7
 25/11 25/15 25/21 43/23
 44/2 52/16
emerge [1]   43/1
employed [1]   56/8
empty [1]   4/25
end [7]   5/1 26/9 27/19
 28/12 28/14 50/5 51/9
enemies [1]   44/18
ENRIQUE [2]   2/9 55/4
entire [2]   30/16 37/21
entirely [1]   30/3
errand [2]   14/17 15/19
error [1]   41/3
escape [1]   53/8
Esquire [4]   1/12 1/12
 1/16 1/18
essentially [1]   29/4
establish [1]   39/14
Estacion [1]   23/13
estimate [1]   33/11
even [3]   28/7 40/11 51/22
ever [4]   37/9 40/16 40/24
 41/3
everybody [1]   31/3
everything [3]   29/10
 37/20 40/14
evidence [1]   39/3
exact [1]   46/17
exactly [1]   53/10
EXAMINATION [2]   2/10
 28/23
exception [1]   39/6
exclusive [1]   31/25
excuse [1]   52/13
excused [4]   26/19 26/20
 52/19 52/20
Exhibit [11]   2/24 3/25
 6/3 8/7 10/16 13/11 16/5
 22/23 32/13 46/2 50/1
expand [2]   24/2 24/5
expect [1]   51/13
expected [1]   27/17
expenses [1]   36/4
expensive [1]   11/24
expression [1]   5/3
extension [1]   42/11
extradited [2]   53/9 53/11
extranjero [1]   20/19
eye [1]   22/13
Ezequiel [1]   44/8
Ezequiel's [1]   44/9

fact [2]   27/17 53/25
far [2]   23/16 24/5
February [6]   1/5 42/1
 42/14 42/18 44/16 56/12
federal [1]   12/14
fell [1]   50/17
few [6]   11/10 11/16 12/10
 16/8 16/19 17/22
fighting [1]   42/15
finally [2]   12/16 12/22
financially [1]   56/9
find [6]   7/12 7/13 40/16
 40/24 41/3 46/17
fine [3]   26/15 28/7 49/10
finish [3]   26/21 27/12
 28/7
first [5]   13/13 16/9
 35/24 36/3 50/3
five [2]   46/4 46/18
flabbergasted [1]   27/15
flew [1]   27/4
Floor [1]   1/14
FLORES [66]
focused [1]   32/19
follow [1]   53/18
force [3]   31/9 31/15 33/8
foregoing [1]   56/2
forth [1]   36/23
found [2]   7/14 40/21
foundation [1]   39/21
four [4]   12/11 12/11 14/4
 50/12
fourth [1]   12/16
frame [1]   32/14
frequency [1]   16/11
frequently [1]   22/16
front [1]   3/13
fronted [1]   6/8
full [1]   6/18
further [5]   11/7 18/20
 52/10 56/7 56/9

G

G-U-E-R-O [1]   51/7
Ganzo [1]   6/11
gave [1]   37/24
generally [1]   2/17
gentlemen [9]   2/5 3/23
 6/1 13/9 26/16 45/25
 48/12 49/24 52/12
get [9]   6/10 7/18 7/19
 13/15 17/21 18/17 27/16
 27/18 28/16
getting [1]   7/3
GILBERT [3]   1/16 26/24
 28/3
Gilbert's [1]   27/22
given [4]   9/8 37/14 37/17
 49/7
giving [1]   28/1
go [21]   2/7 4/20 7/13
 16/6 19/23 22/8 23/16
 26/10 27/5 29/2 29/23
 31/15 31/23 32/9 34/21
 36/13 37/3 37/5 45/2 49/9
 54/5
goat [2]   22/2 22/3
goes [4]   8/24 9/24 16/23
 22/4

**G** Case 1:08-cr-00057-BJR   Document 115   Filed 12/10/13   Page 1 of 8

**going [36]** 6/25 7/5 7/9
 7/10 8/25 9/3 13/19 14/3
 14/16 14/20 15/18 16/7
 16/20 17/3 17/14 18/16
 19/6 19/11 20/10 22/14
 27/5 27/6 27/7 27/13
 27/22 28/12 28/14 32/13
 32/25 36/22 36/25 38/23
 42/13 52/13 53/16 54/9
**Gonzo [1]** 6/11
**good [7]** 2/5 2/6 2/12
 10/6 26/14 48/24 48/24
**Gordito [1]** 13/23
**got [3]** 33/2 33/5 48/18
**Government [10]** 1/12 2/9
 3/25 6/3 8/7 10/16 13/11
 48/15 50/1 55/3
**Government's [12]** 2/23
 3/22 8/4 10/13 13/5 16/1
 16/5 22/22 32/13 45/8
 46/2 47/20
**great [1]** 28/3
**green [1]** 21/2
**grenades [1]** 22/7
**guarantee [2]** 27/20 27/21
**Guatemala [3]** 25/24 26/4
 26/10
**Guero [1]** 51/7
**Guerra [14]** 22/19 22/20
 22/21 22/23 23/16 34/3
 34/7 34/15 37/4 37/5 37/6
 37/8 41/9 51/12
**Guerrero [3]** 23/21 23/22
 51/3
**guilty [1]** 35/18
**Gulf [51]** 2/20 4/14 6/15
 6/23 8/14 11/4 11/5 12/2
 15/8 15/17 16/22 19/18
 20/7 20/18 24/1 24/4 24/6
 24/23 26/3 29/1 29/3 29/8
 30/16 30/22 30/24 31/2
 31/6 31/18 31/19 31/25
 32/5 32/7 32/10 33/5
 37/14 37/22 41/19 42/7
 42/13 42/21 42/25 43/2
 43/6 43/11 43/13 43/14
 44/3 44/5 44/6 44/17 48/7
**Gutierrez [2]** 2/2 7/15
**guy [1]** 6/10

**H**

**H-I-E-R-B-A [1]** 21/14
**had [21]** 2/18 8/20 9/3
 9/8 14/2 17/17 18/2 22/10
 23/20 29/4 32/5 33/5
 33/24 34/7 34/8 35/24
 36/3 36/17 40/14 47/11
 52/2
**half [4]** 30/9 30/9 46/24
 46/24
**hand [1]** 5/19
**hanging [1]** 53/25
**happen [4]** 33/6 40/9
 41/22 44/14
**happened [5]** 36/2 36/6
 36/12 36/15 42/4
**has [19]** 5/15 8/5 9/1
 10/19 10/24 14/7 14/10
 14/13 14/15 34/18 35/14

**have [48]** 3/3 3/12 3/21
 3/24 4/19 5/22 7/3 7/9
 7/10 7/14 10/14 11/10
 13/7 13/9 13/25 14/14
 14/23 16/2 22/24 23/17
 26/24 27/1 27/5 28/11
 28/13 30/19 31/3 31/25
 32/19 33/2 34/7 34/14
 35/20 35/25 36/10 38/10
 39/12 39/18 40/3 40/16
 44/23 46/1 47/5 49/24
 52/10 52/21 53/22 54/8
**haven't [2]** 6/2 47/5
**he [120]**
**he's [24]** 6/8 6/10 8/10
 10/3 10/4 10/5 10/24
 13/17 14/7 14/16 15/18
 16/9 16/16 16/20 17/3
 19/17 19/22 19/25 38/23
 46/19 48/18 49/2 50/9
 51/2
**hear [3]** 21/6 21/7 52/6
**hearing [1]** 56/9
**hearsay [5]** 38/16 38/17
 38/24 39/2 39/6
**helicopters [1]** 53/8
**help [1]** 53/15
**here [19]** 11/25 12/6
 12/11 23/11 24/11 24/21
 24/25 25/5 25/9 25/13
 25/17 25/23 25/23 32/19
 34/7 50/15 52/14 53/14
 54/18
**Heriberto [1]** 43/18
**hidden [5]** 4/22 5/2 15/7
 15/11 20/8
**hide [1]** 4/8
**hierba [1]** 21/13
**higher [2]** 5/22 11/23
**him [40]** 5/17 5/19 6/10
 7/1 7/9 7/10 7/13 7/14
 7/18 7/19 8/11 8/25 10/6
 11/20 12/19 14/9 14/13
 15/3 17/14 18/11 19/6
 19/22 20/3 20/5 21/9 34/5
 37/9 37/10 38/23 38/25
 39/2 39/12 40/25 42/22
 42/24 47/6 48/9 52/3 52/9
 53/18
**his [22]** 6/18 9/1 10/23
 18/16 19/10 19/10 22/20
 23/13 23/16 38/13 39/12
 40/10 40/25 41/3 41/4
 42/5 42/24 43/19 43/19
 50/17 53/15 54/9
**hole [1]** 4/8
**holes [1]** 4/24
**homes [1]** 4/25
**Honor [20]** 2/8 2/22 3/20
 7/15 8/4 9/11 13/6 26/15
 27/24 28/22 29/12 34/10
 35/16 42/8 44/23 46/7
 46/16 49/7 49/19 54/5
**Honor's [1]** 28/9
**HONORABLE [1]** 1/9
**hope [2]** 27/17 54/9
**horn [2]** 22/1 22/3
**hour [3]** 28/1 49/8 52/13
**how [38]** 5/16 9/24 14/23

**however [1]** 52/24
**HUGHES [1]** 1/18
**Hummer [13]** 5/21 7/2 7/7
 13/19 13/24 17/11 17/13
 18/14 38/9 39/11 40/2
 40/13 41/10
**Hummer's [11]** 14/2 38/10
 38/24 39/19 39/19 40/4
 40/6 40/17 40/24 41/7
 41/12
**Hummers's [1]** 13/20
**hundred [1]** 6/9

**I**

**I'd [3]** 37/10 49/8 49/16
**I'll [8]** 11/17 14/22
 27/24 28/2 39/20 49/9
 52/15 54/5
**I'm [15]** 4/5 7/9 7/10
 19/6 21/6 21/9 22/22 23/3
 25/17 27/15 31/22 32/13
 34/11 52/6 53/10
**I've [1]** 48/18
**I-N-D-E-X [1]** 55/1
**identify [1]** 5/12
**identities [4]** 3/20 10/13
 13/6 16/1
**identity [6]** 5/15 5/16
 8/5 45/8 47/20 49/20
**immediately [1]** 8/16
**implication [1]** 54/7
**implied [1]** 53/13
**important [7]** 11/23 15/19
 17/12 26/3 26/8 28/13
 54/13
**in-fighting [1]** 42/15
**inaccurate [2]** 36/14
 36/14
**including [1]** 31/3
**indicates [2]** 16/20 18/5
**information [2]** 17/13
 40/12
**inside [3]** 31/18 35/12
 42/13
**install [1]** 15/8
**installed [1]** 15/11
**instruct [1]** 27/9
**instructions [1]** 32/23
**interception [1]** 47/22
**interested [1]** 56/10
**interesting [2]** 54/15
 54/17
**interim [1]** 53/10
**interpretation [2]** 7/16
 42/9
**interpreter [12]** 7/15
 7/16 7/19 9/12 16/12
 29/13 41/23 42/9 46/16
 50/7 51/4 52/7
**Interpreters [1]** 2/2
**investigates [1]** 35/17
**involved [1]** 31/12

Case 1:08-cr-00057-BJR   Document 142-2   Filed 04/10/19   Page 62 of 68

## I

involving [1]  2/19
is [143]
isn't [1]  46/20
it [99]
it's [30]  4/8 4/10 4/11 4/19 5/4 6/20 6/22 7/12 9/24 18/25 19/3 19/9 19/10 22/1 24/2 38/17 38/25 39/2 46/5 46/13 46/18 46/20 48/18 48/24 49/17 50/14 54/13 54/13 54/15 54/17

## J

JESUS [2]  2/9 55/4
Jimmy [4]  9/10 9/15 9/16 9/17
jive [1]  40/23
job [6]  17/4 17/6 22/13 22/20 34/15 37/24
joined [2]  29/3 30/24
Josue [4]  45/17 45/18 46/5 47/4
Juan [1]  10/24
JUDGE [2]  1/9 27/15
Judge's [1]  54/16
July [2]  44/15 44/16
jump [1]  13/25
jury [15]  1/8 2/4 3/23 20/25 21/25 26/17 26/19 27/9 28/20 33/10 36/2 36/12 52/17 52/19 52/22
just [11]  9/15 12/5 13/14 21/8 23/24 29/2 29/23 39/16 53/16 53/24 54/14
Justice [1]  1/13

## K

keep [4]  4/8 22/13 39/17 39/25
keeping [1]  33/20
kept [6]  39/9 39/15 39/19 40/12 40/13 41/10
killed [2]  36/7 40/11
killing [1]  39/17
kilo [2]  20/22 20/22
kilos [11]  6/9 10/3 10/4 18/19 19/12 20/20 47/6 48/19 50/21 50/22 51/2
kind [2]  15/7 15/7
knew [1]  36/17
know [31]  5/17 5/18 6/11 6/18 9/10 9/19 10/21 11/9 12/1 13/23 16/23 17/14 18/22 18/22 27/22 28/14 36/18 47/5 48/9 51/3 51/22 51/24 52/1 52/22 52/23 53/19 53/20 53/21 53/23 53/24 54/3
knowledge [2]  12/1 39/9
knows [6]  51/17 51/19 53/10 53/11 53/19 54/1
KRISTEN [1]  1/18

## L

La [1]  48/4
ladies [9]  2/5 3/23 6/1 13/9 26/16 45/25 48/12 49/24 52/12
land [2]  26/11 42/17

Laredo [2]  22/11 32/4
Largas [1]  21/22
last [5]  18/25 19/15 19/15 27/4 52/6
later [2]  49/10 52/11
latter [1]  29/7
lays [1]  39/21
Lazcano [3]  32/22 37/25 43/18
leader [2]  19/18 43/16
leadership [3]  31/3 44/2 44/6
leading [2]  23/2 34/9
least [2]  29/19 53/13
leave [1]  53/25
leaves [1]  54/7
led [1]  42/13
left [4]  2/13 22/10 27/19 44/6
lengthy [1]  27/17
Leon [3]  12/12 12/15 23/2
less [1]  30/1
let [6]  8/25 9/1 23/3 26/23 32/4 53/16
let's [3]  39/11 44/5 45/25
level [1]  5/24
lieutenants [1]  43/19
like [11]  9/24 11/12 12/19 14/10 22/1 22/3 49/8 50/25 52/23 54/8 54/13
line [6]  4/3 4/4 15/15 16/9 46/4 46/18
lines [5]  11/10 11/16 12/10 16/19 17/22
list [2]  38/12 41/6
listed [1]  49/21
listen [1]  3/3
listened [3]  5/10 45/12 47/24
listing [1]  41/3
little [8]  6/9 11/7 12/22 18/20 20/15 22/8 26/7 32/9
loads [1]  35/6
located [3]  6/16 11/25 41/4
long [5]  21/22 27/22 37/11 41/19 43/13
longer [1]  16/7
look [12]  7/24 10/9 13/1 15/23 30/18 32/25 38/3 38/4 45/4 47/17 49/16 54/5
looked [2]  15/24 16/25
looking [2]  14/7 17/1
lookouts [2]  31/4 35/8
looks [3]  22/1 22/3 48/24
Los [21]  9/19 22/20 22/21 22/23 23/1 23/12 23/16 34/3 34/7 34/15 37/4 37/5 37/6 37/8 41/9 43/17 44/3 44/5 44/11 44/17 51/12
lost [6]  50/10 50/21 50/22 51/2 51/14 52/2
lots [2]  4/25 36/13
lower [3]  5/23 11/23 42/24
loyal [1]  42/18

lunch [2]  25/4 30/4
lunch [7]  27/5 27/10 28/4 49/8 49/9 52/13 52/14
Luncheon [1]  54/19
Lupay [3]  18/21 18/21 18/22

## M

machine [1]  1/24
made [3]  27/2 30/19 39/8
maintain [3]  38/12 40/6 40/10
make [10]  10/6 19/25 27/24 27/25 28/2 28/12 28/15 35/5 38/2 54/4
makes [4]  4/4 6/20 17/22 35/12
making [4]  4/4 4/5 19/17 54/12
male [1]  49/21
Malito [2]  10/19 10/21
man [5]  5/19 8/11 8/17 9/22 9/25
Manolo [1]  37/25
many [6]  9/24 31/2 33/2 35/23 44/21 44/22
map [3]  30/18 32/2 32/19
March [1]  3/22
marijuana [24]  6/8 6/21 6/22 6/22 8/22 8/23 10/25 11/3 12/2 12/3 15/21 21/1 21/4 21/11 21/15 31/22 32/1 33/16 47/8 47/9 48/21 48/22 49/2 51/2
Mario [6]  16/20 16/21 16/24 17/3 20/3 20/5
markings [1]  30/19
Martha [1]  2/2
Matamoros [2]  24/10 29/11
match [1]  36/4
material [4]  13/18 13/19 13/20 13/25
matter [1]  56/6
may [12]  7/15 9/11 16/3 29/12 39/4 42/8 44/23 45/10 47/22 49/22 50/7 52/16
maybe [1]  54/12
MCCULLOUGH [6]  1/12 21/8 26/21 28/21 52/21 55/5
McLean [1]  1/19
me [14]  8/17 8/18 19/16 19/19 20/17 23/24 26/23 32/4 36/9 44/4 47/6 47/12 51/10 56/4
mean [16]  7/11 8/19 11/1 11/19 14/1 15/2 17/20 18/1 19/6 19/8 20/6 20/21 31/21 48/23 48/25 50/13
means [4]  5/4 9/2 10/1 21/15
mechanic [1]  15/6
mechanics [1]  15/13
member [10]  5/18 6/15 6/23 8/14 15/17 16/22 24/4 29/1 41/19 48/7
members [2]  31/2 32/6
mentions [1]  14/16
merchandise [11]  4/8 8/17 8/17 9/1 9/9 14/2 50/9 50/14 52/2 52/3 52/9

## M

met [1]  5/18
Metro [32]  3/19 5/1 8/10
 8/13 8/14 9/1 9/6 9/8 9/8
 10/14 10/19 11/11 11/11
 11/15 11/15 11/16 12/17
 13/6 13/14 13/25 14/4
 14/10 15/15 16/2 16/17
 17/8 17/12 17/17 19/9
 50/17 50/22 50/24
Mexico [4]  4/11 4/15
 30/16 53/7
Michoacan [4]  14/17 14/18
 15/19 15/19
Mier [3]  23/17 23/20
 23/20
Miguel [10]  11/13 11/14
 12/15 22/14 22/16 22/19
 36/23 37/3 43/20 48/6
military [1]  31/15
million [9]  14/11 14/11
 14/15 14/15 14/18 42/22
 53/14 54/8 54/11
mine [1]  19/6
minimal [2]  40/18 40/21
minutes [1]  26/17
missing [3]  34/21 34/23
 36/14
mistakes [1]  41/3
moment [5]  18/23 23/24
 26/18 44/23 52/18
Monclova [3]  33/4 36/10
 36/15
money [17]  6/8 10/4 14/8
 17/21 18/6 18/10 19/6
 19/7 19/9 19/10 20/6 20/8
 21/17 34/23 36/13 40/15
 46/24
monitor [1]  33/25
month [1]  33/15
Monthly [1]  33/19
Morales [2]  5/14 43/20
more [8]  7/3 7/9 11/24
 11/25 30/1 32/9 49/8
 49/11
morning [5]  2/5 2/6 2/12
 28/15 28/17
Most [1]  26/2
mota [1]  21/2
move [3]  20/8 20/10 35/1
moved [2]  32/10 35/6
moving [1]  25/2
Mr [5]  19/15 28/3 34/5
 34/6 55/5
Mr. [85]
Mr. Aguilar [3]  28/25
 30/18 48/17
Mr. Aurelio [1]  41/11
Mr. Cano-Flores [48]  3/19
 4/3 5/15 5/22 6/6 6/25
 8/9 8/16 8/24 9/6 10/18
 11/10 11/17 12/5 12/17
 13/7 14/9 14/22 16/9
 16/19 17/5 17/9 17/16
 17/22 18/5 18/10 18/16
 18/24 19/5 19/8 19/20
 19/23 20/2 20/9 22/18
 22/24 34/7 34/14 37/9
 41/13 46/23 47/1 47/10
 48/3 48/17 50/4 51/10
Mr. Flores [1]  12/10
Mr. Gilbert [1]  26/24
Mr. Gilbert's [1]  27/22
Mr. Hummer [1]  39/11
Mr. McCullough [4]  21/8
 26/21 28/21 52/21
Mr. Rejon [25]  2/12 3/2
 3/12 4/2 5/7 6/5 7/22
 7/24 8/9 10/9 10/17 13/1
 13/13 16/6 20/15 27/6
 27/19 28/1 32/5 45/3
 45/12 46/4 47/24 49/14
 50/3
much [14]  25/19 28/25
 29/22 30/2 30/4 30/6 30/8
 30/10 30/12 30/14 31/11
 33/11 37/19 48/19
must [1]  28/11
my [6]  19/6 21/13 23/4
 46/13 50/5 56/3

## N

name [9]  6/11 6/18 6/18
 10/23 11/8 13/24 18/3
 41/12 51/5
named [2]  9/15 16/20
names [1]  16/23
narcotunel [3]  4/6 4/7
 4/22
National [1]  21/2
near [2]  19/14 39/9
necessary [1]  39/13
need [4]  20/7 28/6 52/22
 54/2
needed [3]  15/4 51/24
 52/1
needs [1]  15/2
Negras [3]  33/4 35/25
 36/4
Negro [4]  45/17 45/18
 46/4 47/4
neither [1]  56/7
new [2]  5/5 19/20
next [15]  5/8 7/23 10/8
 12/25 14/4 15/15 15/22
 17/15 18/15 19/13 23/9
 25/13 46/23 47/4 47/16
nice [1]  54/1
nickname [1]  44/9
night [3]  19/15 19/16
 27/4
no [20]  1/3 4/13 4/17
 4/19 6/19 9/20 12/24
 12/24 23/19 31/20 31/24
 32/25 36/19 41/2 41/5
 41/17 46/10 51/8 52/10
 54/1
nobody [1]  54/1
Nogalito [2]  23/10 23/11
Nogarito [1]  23/1
None [1]  27/16
north [1]  23/16
Northeast [1]  1/13
northwest [1]  23/17
not [25]  3/24 4/10 4/11
 4/18 5/16 9/4 13/10 14/19
 23/14 27/7 35/2 35/18
 38/17 39/13 45/10 46/1
 46/7 47/22 48/18 49/24
 52/6 52/15 53/10 54/13

## O

notebook [5]  2/23 3/13
 45/3 45/3 45/4
notes [2]  54/6 56/4
Nothing [1]  36/16
nothing's [1]  5/4
now [20]  3/12 4/5 5/7 7/5
 7/10 7/10 7/22 8/16 12/25
 16/19 20/11 23/24 29/7
 30/18 41/18 44/5 44/6
 46/23 47/4 52/16
Nuevo [3]  12/12 12/14
 23/2
number [22]  3/13 3/24
 3/25 5/8 7/8 7/23 8/7
 10/16 13/1 13/11 15/22
 16/5 16/15 16/16 45/4
 46/1 46/2 47/17 48/13
 48/15 49/15 49/19
numbers [2]  2/24 40/23
NW [2]  1/16 1/22

## O

o'clock [1]  54/18
Oaxaca [4]  25/16 25/17
 25/19 30/8
objection [7]  34/9 38/16
 39/20 40/19 46/7 46/11
 51/16
obligation [1]  40/4
observe [1]  32/25
obvious [1]  53/25
occasion [1]  38/10
occasions [1]  3/2
occurred [5]  3/21 10/15
 13/7 45/10 47/22
occurs [1]  16/3
off [8]  2/13 8/17 8/18
 20/10 27/19 43/10 43/14
 44/3
official [1]  1/21
often [2]  33/14 33/18
oh [1]  46/13
okay [30]  2/14 2/25 5/1
 6/25 7/8 8/24 11/7 11/16
 11/17 13/25 17/12 20/13
 26/3 26/7 26/16 26/25
 30/4 31/21 33/16 34/6
 35/20 35/25 37/13 40/3
 46/23 49/4 50/12 51/9
 52/12 53/24
old [4]  8/11 8/16 9/22
 9/25
Omar [1]  43/24
one [18]  3/15 16/25 17/11
 18/13 19/4 21/7 23/24
 28/11 35/14 35/17 45/19
 46/20 46/21 49/8 49/11
 53/7 54/4 54/7
ones [1]  19/20
only [2]  30/25 46/20
open [2]  15/5 39/23
opening [1]  15/6
openings [1]  15/7
opens [3]  14/23 14/24
 15/3
opportunity [2]  2/19 3/3
opposed [2]  6/21 19/23
order [2]  2/15 38/2
orders [2]  17/8 17/8
ordinary [2]  39/9 39/15

organization [3]   43/8
 43/17 44/11
organizations [1]   43/1
original [1]   24/2
Osiel [4]   42/5 42/18
 42/20 52/24
other [20]   16/23 20/11
 22/23 24/5 24/13 25/2
 33/24 37/18 41/15 45/9
 46/20 47/21 49/21 50/5
 50/13 50/16 50/18 50/25
 51/9 54/5
others [1]   11/6
otherwise [1]   56/10
our [6]   26/14 28/4 28/12
 49/7 49/9 54/5
ours [1]   50/18
out [5]   6/16 13/17 27/1
 54/1 54/12
outcome [1]   56/10
over [19]   6/9 12/6 14/3
 16/10 18/6 18/15 19/4
 19/7 19/13 24/6 27/13
 31/8 31/25 38/3 38/4 38/7
 42/16 47/16 50/23
overrule [1]   39/20
Overruled [1]   51/23
owed [2]   6/8 7/1
own [1]   19/10

P
P-A-S-T-O [1]   21/10
P-R-O-C-E-E-D-I-N-G-S [1]
 2/1
p.m [10]   3/22 8/6 10/15
 13/8 16/4 45/11 47/23
 49/23 52/19 54/19
page [29]   3/14 5/8 7/4
 7/24 9/21 9/22 10/9 10/18
 12/4 12/16 13/1 13/13
 14/21 15/18 15/23 16/7
 17/15 17/16 18/15 18/24
 19/4 19/4 19/13 19/14
 45/5 47/10 47/17 49/16
 50/23
pages [1]   56/3
paid [1]   7/3
papelenia [1]   21/18
paper [3]   20/3 21/18
 21/18
papers [1]   20/6
paragraph [23]   7/8 7/8
 9/21 10/18 12/5 12/10
 12/17 13/13 14/4 17/16
 17/22 18/15 18/20 18/24
 19/5 19/14 19/15 20/2
 47/4 47/4 50/12 50/23
 51/9
paragraphs [1]   46/23
part [20]   18/8 22/13
 23/13 23/15 24/20 24/23
 24/24 25/16 25/20 26/1
 29/7 29/24 33/8 35/14
 38/4 38/12 40/3 43/5 43/5
 50/3
particular [2]   5/12 6/5
parties [1]   56/8
partly [1]   35/14
pass [1]   37/3

passage [1]   46/17
passed [1]   37/8
passing [2]   13/18 26/11
Pasto [2]   21/5 21/10
Pause [1]   44/25
pay [9]   6/10 7/19 9/25
 9/25 9/25 11/20 14/19
 14/20 54/11
payments [1]   36/14
payroll [2]   43/13 43/14
pays [1]   11/25
Pelon [2]   16/24 20/5
pending [2]   47/12 47/14
Pennsylvania [1]   1/16
people [12]   2/20 3/17
 11/4 11/5 16/25 19/25
 20/7 30/25 31/5 32/6 35/1
 43/19
people's [1]   50/25
perico [1]   20/23
period [3]   29/8 31/15
 53/10
permission [1]   31/19
Perro [2]   17/23 18/3
person [15]   6/12 7/12 9/4
 39/9 45/13 47/25 48/3
 49/4 49/21 50/5 51/9
 51/13 51/19 51/19 51/22
personal [1]   36/25
personally [2]   31/11 48/9
personnel [4]   32/25 38/3
 40/15 40/25
pesos [1]   14/11
PFP [1]   12/12
phone [3]   10/10 50/5
 51/10
pickup [1]   15/9
picture [1]   16/25
pictures [1]   17/1
Piedras [3]   33/4 35/25
 36/4
PILGRIM [2]   1/20 56/12
piojos [5]   10/23 13/14
 13/16 13/17 13/21
pistols [1]   21/22
place [3]   10/19 11/11
 26/14
play [2]   48/14 49/8
played [9]   3/25 6/3 8/7
 10/16 13/11 16/5 46/2
 48/15 50/1
plaza [25]   18/13 22/23
 33/20 33/24 34/3 34/19
 35/2 35/4 35/5 35/7 35/9
 35/11 35/12 35/14 35/21
 36/7 36/10 36/15 37/6
 38/5 38/12 41/4 41/6 41/9
 52/1
plazas [4]   33/2 35/24
 37/18 42/17
please [19]   3/13 3/14
 3/24 9/2 10/1 10/8 12/25
 15/22 16/6 18/9 19/13
 20/12 34/5 38/20 45/2
 45/4 47/16 49/14 49/24
pocket [2]   17/17 18/25
point [6]   23/22 28/15
 29/9 43/7 45/23 53/7
pointer [1]   23/4
pointing [2]   23/6 25/17
police [1]   12/14

portion [1]   36/7
position [1]   38/1
possibility [1]   7/3
Potosi [2]   25/4 30/4
present [2]   2/4 28/20
press [1]   20/11
preventive [1]   12/14
previous [2]   15/18 18/23
previously [7]   5/9 8/2
 10/10 13/3 15/24 47/18
 56/6
price [2]   11/18 11/22
prices [1]   11/21
prisoner [2]   35/12 52/25
problem [1]   7/1
problems [4]   40/16 40/21
 40/21 40/24
proceedings [3]   1/24
 28/18 56/5
produced [1]   1/24
products [1]   21/18
progression [1]   22/9
promises [1]   28/1
pronunciation [1]   21/13
provided [1]   56/4
proximity [1]   49/7
punished [1]   40/11
purchase [1]   15/21
purpose [1]   18/7
purposes [2]   32/24 36/16
put [3]   4/22 19/22 27/7

Q
quantities [1]   36/5
quarters [5]   20/20 30/11
 31/13 37/20 37/21
question [2]   14/25 34/9
questions [6]   2/16 4/2
 38/23 52/11 52/21 53/19
quickly [1]   7/3
quico [1]   20/19

R
R-1 [3]   18/2 18/3 23/23
R-1's [1]   19/7
radio [4]   5/4 12/8 16/11
 16/13
rank [4]   5/22 5/23 5/23
 5/24
rather [1]   54/12
Rd [1]   1/19
ready [3]   2/7 28/21 49/12
real [1]   6/18
really [1]   8/10
reasons [1]   37/2
recall [2]   20/17 41/22
recalling [1]   52/11
recess [3]   26/17 28/17
 54/19
recognize [9]   3/15 5/9
 8/1 10/10 15/23 45/13
 47/17 47/25 49/17
record [12]   2/22 10/13
 16/1 16/3 23/3 32/13 39/3
 39/8 45/8 47/20 49/19
 53/17
recorded [1]   1/24
recording [4]   6/9 45/12
 49/22 49/22
records [11]   38/19 38/24
 39/3 39/7 39/12 39/15

records... [5]   39/17
39/19 39/19 40/1 41/10
Recross [1]   55/2
Redirect [1]   55/2
reduce [1]   53/15
refer [10]   11/1 12/8
12/19 13/24 14/6 14/12
20/18 21/1 21/24 34/5
reference [23]   4/4 6/11
8/22 9/15 12/13 12/23
14/14 16/10 16/17 17/23
18/18 19/2 20/4 21/9 27/2
46/6 46/15 47/7 47/13
48/20 50/6 50/20 51/1
references [2]   19/17
38/15
referred [1]   48/25
referring [6]   7/6 11/12
17/10 18/13 22/4 50/14
refers [5]   8/11 11/7
12/17 12/20 18/20
reflect [1]   23/3
regarding [2]   6/7 42/17
region [4]   41/1 41/4 41/7
41/15
regional [5]   38/5 38/7
39/25 40/2 40/9
regular [2]   39/7 40/7
REJON [27]   2/9 2/12 3/2
3/12 4/2 5/7 6/5 7/22
7/24 8/9 10/9 10/17 13/1
13/13 16/6 20/15 27/6
27/19 28/1 32/5 45/3
45/12 46/4 47/24 49/14
50/3 55/4
related [1]   56/7
relationship [1]   44/17
remain [2]   43/10 44/11
remained [1]   43/12
remember [1]   42/3
remind [1]   52/15
repeat [1]   18/9
repetition [3]   9/12 29/13
51/4
rephrase [1]   34/12
replies [1]   11/17
report [3]   39/7 51/14
51/20
Reporter [2]   1/20 1/21
reporting [1]   9/6
represent [1]   32/6
request [5]   7/16 9/12
29/13 42/9 51/4
reserve [1]   49/9
respect [1]   40/25
respond [1]   39/4
response [3]   31/24 50/4
51/25
responsibilities [4]
37/13 37/14 37/17 40/3
responsibility [12]   22/25
33/22 33/25 34/8 34/18
34/21 34/24 35/3 35/5
38/4 39/25 40/6
responsible [2]   23/20
51/25
rest [1]   49/9
resumed [1]   28/18
resumes [1]   28/19

review [5]   2/19 3/3 39/18
40/4 41/6
reviewed [8]   2/17 3/6
3/15 8/1 10/11 13/3 39/18
47/18
Reynosa [7]   12/8 16/13
24/7 24/7 24/9 24/10
37/20
RICHARD [1]   1/16
Rifles [1]   21/21
right [71]
river [2]   4/19 4/20
roads [1]   35/6
Roman [1]   2/2
room [2]   26/17 52/17
ROTHSTEIN [1]   1/9
route [1]   26/8
RPR [2]   1/20 56/12
run [2]   14/16 15/18

S
said [4]   8/25 21/8 46/10
52/7
Saltillo [1]   33/4
Salvador [1]   5/14
same [11]   3/4 5/23 5/24
5/24 7/8 19/3 20/24 34/8
34/15 40/19 46/20
San [2]   25/4 30/4
Sanchez [1]   19/18
satisfied [1]   3/7
saw [2]   38/18 38/18
say [6]   8/24 9/24 22/3
31/21 35/14 52/24
saying [6]   13/17 16/15
16/15 16/16 50/9 51/2
says [46]   4/5 5/1 7/4 7/6
7/9 8/10 8/16 9/22 11/10
11/16 12/5 12/10 12/22
13/14 13/25 14/10 14/22
15/15 15/18 16/9 17/3
17/4 17/8 17/9 18/10
18/16 18/25 19/5 19/8
19/9 19/15 19/19 20/2
20/3 46/5 46/8 46/13 47/5
47/11 48/17 50/4 50/5
50/12 50/16 50/23 51/10
screen [2]   17/1 30/19
SEAN [1]   1/12
second [8]   1/14 3/14 5/8
7/24 10/9 12/4 14/21
23/25
section [2]   14/4 47/10
security [1]   35/6
see [13]   13/2 14/23 14/24
15/23 17/3 35/17 37/9
37/10 38/15 45/5 47/17
49/16 54/18
seek [1]   16/20
seen [1]   45/6
seized [2]   50/10 50/15
seizure [2]   27/8 51/20
sell [2]   11/17 11/20
send [11]   9/3 9/3 13/19
14/22 15/15 17/5 18/5
18/10 18/16 42/22 47/6
sending [3]   9/5 10/4 15/4
sent [8]   12/2 12/3 17/4
32/11 32/17 32/21 32/23
53/14

sentenced [1]   42/5
sentencing [1]   42/6
separate [1]   43/8
separately [1]   47/12
SESSION [1]   1/8
seven [1]   47/4
Shall [1]   20/11
Shepard [2]   2/2 7/15
short [1]   21/22
shorthand [1]   1/24
should [4]   47/11 47/11
51/24 52/1
show [5]   14/23 15/3 15/5
32/4 36/17
showing [1]   22/22
shown [2]   32/1 41/9
sic [1]   37/25
sicarios [1]   35/10
side [2]   50/10 50/13
significance [1]   11/22
significant [1]   42/4
Since [1]   51/25
sir [4]   3/14 25/17 34/5
45/2
situation [2]   18/12 36/2
six [2]   4/3 10/18
slip [1]   44/3
so [24]   4/10 4/21 7/2
7/19 10/6 11/25 14/23
14/24 16/15 20/7 24/9
24/19 27/4 28/12 28/15
29/9 30/21 34/7 46/1 46/4
49/4 49/25 52/2 52/8
so's [2]   52/2 52/8
sold [3]   47/5 52/3 52/9
soldiers [1]   31/16
some [26]   6/8 6/8 8/17
8/17 9/8 10/19 10/25
13/18 13/25 14/2 18/5
18/17 18/19 19/6 19/22
20/3 20/6 20/11 20/16
20/25 21/16 21/19 43/12
45/23 48/18 53/18
somebody [5]   11/7 19/23
39/14 39/17 45/20
someone [5]   15/2 15/4
16/20 23/17 35/12
something [2]   14/19 54/13
somewhat [1]   16/7
sorry [3]   21/6 31/22 52/6
sort [2]   4/21 40/12
sound [1]   54/13
south [2]   1/17 24/16
space [1]   10/24
Spanish [2]   3/7 4/6
speaker [2]   45/10 47/22
speakers [4]   3/21 5/13
8/5 13/6
speaking [4]   6/6 45/13
48/1 48/3
specifically [3]   20/18
21/1 42/3
specify [1]   14/19
speculation [1]   51/16
speed [1]   2/15
split [4]   42/7 42/14
43/15 43/16
square [1]   20/19
squares [1]   18/17

**S**

stand [1]   28/19
start [3]   26/8 32/14
  32/24
started [1]   2/18
starts [1]   13/2
stash [2]   14/5 14/15
stashed [1]   14/8
state [2]   24/18 35/24
stated [1]   56/6
states [22]   1/1 1/3 1/9
  1/21 4/12 4/16 9/4 11/25
  14/3 26/5 26/11 26/13
  33/1 33/12 33/21 42/24
  50/15 51/15 51/21 53/1
  53/3 56/4
stay [1]   27/13 53/16
stenographic [1]   56/4
still [6]   22/13 23/15
  36/22 42/18 42/22 47/5
stipulated [9]   3/21 5/16
  8/5 10/14 13/7 16/2 45/9
  47/21 49/20
stop [4]   27/6 28/15 37/8
  41/19
stopping [1]   35/2
store [4]   10/20 10/25
  11/11 12/5
Street [1]   1/13
structure [1]   4/20
stuff [2]   10/20 11/11
subject [1]   22/10
Suite [1]   1/17
Supervise [1]   37/18
sure [14]   12/5 27/24 28/2
  28/12 28/15 35/5 38/2
  38/21 42/10 44/24 49/11
  53/10 54/4 54/17
sustained [3]   46/9 46/10
  46/11
sworn [1]   2/3

**T**

tab [21]   3/13 3/24 5/8
  6/2 6/3 7/23 10/8 10/9
  12/25 13/1 13/9 15/22
  45/4 46/1 46/2 47/16
  47/17 48/13 49/15 49/24
  50/1
Tabasco [3]   25/12 25/13
  30/14
tabs [1]   2/23
tailed [2]   7/10 7/10
take [12]   2/12 7/24 15/22
  19/6 20/6 26/14 27/18
  30/18 31/9 31/16 49/9
  53/7
taken [5]   24/6 33/5 35/12
  56/5 56/9
takes [1]   9/22
taking [1]   14/17
talk [6]   16/8 20/15 22/8
  32/9 39/2 44/5
talked [3]   24/1 39/16
  44/2
talking [6]   10/22 10/22
  14/24 28/25 29/9 46/19
talks [1]   46/24
Tamaulipas [3]   12/9 24/3
  29/5

technology [1]   4/20
telephone [13]   2/16 2/19
  3/17 6/7 8/1 8/9 13/2
  15/23 20/16 28/13 45/5
  47/24 48/17
tell [17]   6/10 8/21 9/2
  10/1 17/9 20/17 20/25
  26/23 33/10 36/2 36/12
  46/15 46/25 47/7 47/11
  47/11 51/10
telling [1]   17/17
tells [2]   14/9 14/13
ten [1]   29/1
Teresa [1]   2/2
term [6]   4/21 7/16 7/18
  14/1 17/18 17/24
territorial [1]   42/11
territories [3]   22/24
  24/13 25/2
territory [18]   23/14
  23/16 24/2 24/5 26/4
  28/25 29/19 30/21 31/7
  31/8 31/11 31/14 31/18
  32/1 37/15 37/19 37/20
  37/21
testified [4]   29/3 29/9
  29/18 30/24
testimony [1]   24/1
Texas [1]   27/8
than [3]   5/22 28/7 54/12
thank [4]   3/11 5/6 27/11
  28/22
that [261]
that's [67]
their [3]   32/8 33/25 34/1
them [7]   13/18 15/5 15/14
  27/16 27/17 35/2 35/13
themselves [1]   43/7
then [19]   4/4 5/20 7/8
  8/24 12/16 14/9 19/4
  19/19 20/2 21/13 25/2
  26/10 27/6 27/18 29/18
  35/24 39/11 49/8 50/16
there [41]   9/24 12/11
  12/22 13/15 13/17 14/22
  14/23 14/23 15/2 15/2
  15/13 15/20 17/9 18/2
  18/6 18/17 19/7 22/19
  30/25 32/23 32/24 33/3
  33/6 33/6 33/7 35/1 36/12
  36/13 36/14 36/25 37/9
  39/1 41/15 42/15 44/19
  46/20 47/3 50/16 50/17
  50/21 54/1
there's [6]   4/19 6/11
  9/15 34/23 35/6 54/1
these [8]   3/20 4/24 4/24
  10/22 11/4 32/6 40/7
  51/14
they [24]   8/25 10/23 11/3
  11/11 11/12 13/17 13/18
  13/19 15/9 17/11 18/13
  20/8 20/19 27/4 27/13
  32/6 40/11 40/18 43/9
  44/18 50/16 50/21 50/24
  53/8
they're [7]   6/22 10/22
  10/22 10/23 35/18 47/1
  47/7
thing [4]   18/25 20/24
  28/11 52/7

technology [1]   4/20
things [6]   2/15 4/21 7/4
  16/8 20/11 36/13
think [5]   26/21 27/12
  28/7 50/16 50/25
this [79]
those [12]   2/23 3/2 3/6
  3/8 22/3 23/1 27/1 27/12
  27/18 27/22 27/25 28/2
thought [3]   46/10 53/13
  53/25
thousand [2]   10/4 50/19
three [17]   9/22 14/11
  14/15 14/15 14/17 27/8
  27/13 27/16 27/18 27/23
  27/25 28/2 29/4 30/11
  31/13 37/20 37/21
through [12]   2/23 2/24
  9/1 16/7 22/9 26/11 27/16
  27/18 35/2 37/3 37/5 37/8
Thursday [1]   1/5
time [28]   3/4 3/23 22/13
  22/18 24/3 28/12 28/14
  29/7 29/8 29/8 29/9 32/5
  32/10 32/14 33/6 36/3
  37/6 38/8 39/9 43/7 49/11
  49/22 51/11 51/12 52/10
  53/2 53/5 56/5
Tocayo [3]   15/15 15/16
  15/17
today [3]   8/25 26/22
  27/13
told [5]   17/17 18/6 18/11
  19/6 47/6
tomorrow [1]   27/14
ton [1]   10/4
tons [4]   9/23 10/3 33/13
  33/17
Tony [1]   44/10
too [1]   50/25
took [2]   33/8 33/10
top [2]   9/21 43/19
Tormenta [1]   44/10
Toro [1]   5/19
Torreon [5]   24/24 24/25
  29/19 33/5 33/8
Torres [1]   5/20
TORRIENTE [1]   1/12
total [3]   50/18 50/22
  50/24
toward [1]   32/10
town [4]   23/6 23/9 23/11
  27/1
towns [5]   22/24 23/1
  26/13 29/4 33/25
trade [1]   32/1
traffic [1]   31/22
trafficking [3]   26/6 33/1
  34/1
trailer [1]   15/9
transcript [20]   1/8 1/24
  3/4 3/7 3/14 7/4 7/9 7/25
  9/21 12/4 12/16 13/2
  13/14 14/21 17/16 45/2
  45/5 47/10 49/16 56/3
transcription [1]   1/24
transcripts [1]   3/6
traveling [1]   22/16
Tres [26]   3/19 5/1 8/10
  9/7 9/8 10/14 10/19 11/16
  12/17 13/6 13/14 13/25
  14/4 14/10 15/15 16/2

Tres... [10]   16/15 16/17
  16/17 17/8 17/12 17/17
  19/9 50/17 50/22 50/24
Trevino [2]   43/20 43/24
trial [3]   1/8 2/17 2/18
trouble [1]   42/17
truck [3]   18/17 20/3 20/5
trucks [2]   15/9 15/9
true [2]   33/24 56/2
trying [4]   8/10 24/2 35/1
  53/8
tunnel [5]   4/4 4/5 4/10
  4/11 5/2
tunnels [3]   4/14 4/15
  4/24
turn [23]   3/13 3/24 5/7
  6/1 7/22 7/23 10/8 12/25
  13/9 15/22 17/15 18/15
  18/23 19/4 19/13 41/18
  45/4 45/25 47/16 48/12
  49/14 49/24 50/23
Turning [1]   5/7
twelve [1]   12/10
two [14]   3/17 3/21 9/22
  10/3 12/12 13/13 14/11
  14/14 14/15 14/17 19/19
  28/1 46/23 52/14
type [2]   14/10 15/19
typically [1]   15/20

U
U.S [1]   1/13
ultimate [1]   34/18
unauthorized [1]   35/1
under [4]   4/20 39/7 39/13
  45/22
underground [1]   4/15
understand [13]   5/2 6/6
  8/19 12/23 12/24 17/18
  17/24 18/8 47/13 50/6
  50/20 51/1 54/10
unidentified [1]   49/21
UNITED [21]   1/1 1/3 1/9
  1/21 4/12 4/15 9/4 11/25
  14/3 26/5 26/12 33/1
  33/11 33/21 42/24 50/15
  51/15 51/21 53/1 53/3
  56/4
Uno [2]   17/23 18/3
until [7]   13/14 27/5
  27/13 37/12 42/18 43/15
  44/11
up [23]   2/12 2/15 18/24
  24/11 26/4 26/9 27/19
  31/2 32/11 33/20 41/25
  42/14 42/21 42/25 43/1
  43/1 43/9 43/15 50/4 50/4
  52/13 53/18 54/8
upfronted [1]   10/5
upset [1]   8/10
us [5]   9/2 10/1 17/4
  46/15 52/13
usage [1]   21/23
use [6]   4/14 5/4 11/11
  13/24 15/9 42/24
used [12]   4/6 4/8 13/24
  19/11 20/16 20/18 21/1
  21/16 21/16 21/20 21/24
  41/12

V
VA [1]   1/19
vehicle [2]   18/19 20/7
vehicles [3]   14/10 15/8
  15/10 15/12
Veracruz [6]   5/20 25/8
  25/9 25/13 25/20 30/6
very [2]   3/8 3/8
Villareal [1]   10/24
visit [2]   37/4 37/9
voice [1]   47/25

W
wait [3]   13/14 26/18
  52/18
waiting [1]   13/18
walk [1]   16/7
want [14]   2/12 2/15 4/2
  7/13 7/13 9/24 11/17
  20/15 22/8 28/12 29/2
  32/9 38/1 41/18
wanted [5]   18/5 18/10
  20/5 28/14 28/15
wants [1]   20/3
war [2]   43/3 43/4
wars [1]   44/19
was [110]
Washington [4]   1/4 1/14
  1/17 1/23
wasn't [4]   12/22 18/6
  54/8 54/9
way [6]   4/10 12/6 26/4
  26/12 53/16 54/5
we [34]   2/8 2/13 2/15
  4/19 5/4 11/10 13/24
  16/25 16/25 22/10 26/10
  27/1 27/4 27/9 27/16
  27/18 27/19 28/8 28/11
  28/11 28/11 28/13 28/14
  28/16 28/25 32/14 38/20
  42/22 49/9 52/10 52/11
  53/16 53/25 54/12
we'll [2]   26/17 49/12
we're [10]   16/7 20/10
  27/5 27/6 27/7 27/7 27/24
  28/9 29/8 52/13
we've [1]   44/2
weapon [2]   22/1 22/4
weapons [5]   4/23 21/19
  21/20 38/3 40/15
well [11]   5/2 14/13 15/9
  26/7 26/23 36/13 38/19
  39/11 47/3 50/17 53/24
went [2]   36/18 50/12
were [62]
what [99]
what's [7]   7/9 17/14
  22/22 38/24 39/3 50/4
  50/4
when [45]   4/21 6/5 7/6
  11/1 11/11 13/25 15/18
  16/25 17/3 19/8 20/7 22/3
  22/10 27/9 28/12 29/3
  30/24 31/2 31/21 32/17
  33/2 33/5 33/7 33/10 35/6
  36/16 37/3 37/8 40/21
  41/19 41/21 41/22 41/25
  42/3 42/5 42/25 42/25

whenever [1]   28/21
where [19]   2/12 4/24 6/16
  6/16 10/24 13/1 14/7
  17/11 18/24 22/18 24/15
  26/8 26/8 26/12 27/19
  32/11 36/18 52/24 52/24
whether [4]   8/21 10/24
  27/6 47/7
which [10]   5/8 7/23 12/2
  17/16 19/14 20/6 21/7
  30/19 46/19 56/8
While [2]   35/20 36/22
white [2]   3/12 45/3
who [63]
whoever [1]   51/13
whom [1]   47/25
whose [8]   16/25 19/9
  34/21 34/23 35/2 35/5
  39/25 52/2
why [21]   4/18 6/25 7/11
  7/13 7/13 9/6 11/23 12/19
  14/17 15/19 17/12 19/20
  19/23 26/3 26/7 32/23
  42/3 42/7 51/13 51/19
  51/19
will [13]   15/4 26/15
  26/18 27/9 27/15 27/18
  28/3 28/4 28/7 46/17
  52/11 53/18 54/4
Wing [1]   1/14
wish [1]   12/6
within [2]   23/15 32/1
without [1]   31/19
witness [11]   2/9 7/18
  26/20 26/22 28/19 52/11
  52/20 53/10 53/13 53/20
  54/2
witnesses [5]   27/1 27/8
  27/13 28/2 28/14
won't [1]   23/19
word [9]   4/6 11/11 11/14
  12/24 14/5 21/10 21/23
  21/24 48/23
words [6]   20/17 20/25
  21/16 21/16 21/19 50/18
work [3]   6/16 20/3 36/3
worked [3]   7/2 45/20
  45/22
working [6]   5/21 22/10
  22/18 40/25 41/6 41/15
would [63]
wrong [1]   34/23

Y
y'all [1]   54/18
Yankee [3]   34/4 41/14
  41/15
year [1]   41/18
years [1]   29/1
yes [46]   2/8 2/21 3/5
  3/16 5/4 5/11 6/13 7/17
  8/3 9/13 10/2 10/22 17/19
  17/25 18/4 19/5 20/19
  22/5 23/8 23/15 24/10
  24/12 24/18 26/15 26/23
  27/3 29/14 33/9 33/23
  34/17 35/22 36/1 37/16
  39/5 40/18 41/8 43/9 43/9
  50/8 50/9 50/21 51/2 53/4

**Y**

yes... [3]   53/6 53/9
 54/18
yesterday [2]   2/13 48/18
you [222]
you'll [8]   17/9 17/15
 26/16 26/21 27/12 28/7
 39/18 52/18
you're [4]   4/11 4/21
 28/21 35/2
you've [1]   45/6
your [44]   2/8 2/22 3/12
 3/20 7/15 8/4 9/11 10/19
 10/19 12/1 13/5 21/23
 22/8 22/13 24/1 24/5
 26/15 27/24 28/9 28/22
 29/12 31/15 32/9 32/23
 33/10 33/21 34/9 34/14
 35/2 35/16 37/13 38/4
 40/3 41/18 42/8 44/23
 45/2 45/4 46/1 46/7 46/16
 49/7 49/19 54/5
yourself [1]   4/23
yourselves [1]   52/16

**Z**

zacate [2]   21/3 21/4
Zacatecas [8]   24/14 24/15
 24/17 24/18 24/19 24/24
 30/2 30/3
zeta [3]   6/23 6/24 43/16
Zetas [9]   42/20 43/5 43/7
 43/10 43/17 44/3 44/6
 44/11 44/17