# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-3051                                                   September Term, 2014

FILED ON: AUGUST 7, 2015

UNITED STATES OF AMERICA,
    APPELLEE

v.

AURELIO CANO-FLORES, ALSO KNOWN AS YANKEE, ALSO KNOWN AS YEYO,
    APPELLANT

*Remand*

Consolidated with 13-3054

Appeals from the United States District Court
for the District of Columbia
(No. 1:08-cr-00057-16)

Before: ROGERS and SRINIVASAN, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the sentencing judgment of the District Court appealed from in this cause be vacated as to the $15 billion forfeiture assessment against Cano-Flores and the case be remanded to the district court for determination of the proper amount to be forfeited under § 853(a)(1). The district court's judgment of conviction and sentencing is otherwise affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 12/15/2015
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Ken Meadows
Deputy Clerk

Date: August 7, 2015

Opinion for the court filed by Senior Circuit Judge Williams.

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By [signature] Deputy Clerk

FILED
DEC 17 2015
Clerk, U.S. District and
Bankruptcy Courts