UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AURENO CANO-FLORES,<br><br>Defendant. |

Criminal Action No. 08-057-16
BJR/DAR

## SCHEDULING ORDER

This action was referred to the undersigned United States Magistrate Judge for Report and Recommendation. *See* 10/31/2017 Minute Order. Counsel for the parties appeared before the undersigned for a status hearing and scheduling conference on January 9, 2018. The instant order memorializes the undersigned's scheduling determinations, set forth on the record on January 9, 2018:

(1) Counsel shall continue to meet and confer regarding the possibility that Defendant's counsel has a conflict of interest;

(2) Counsel shall prepare to address this potential conflict at the status hearing now scheduled for **1:00 p.m.** on **Tuesday, January 23, 2018**;

(3) Defendant shall file his motion pursuant to 28 U.S.C. § 2255, if at all, by no later than **June 4, 2018**;

(4) The Government shall file its opposition to any timely filed § 2255 motion by no later than **July 9, 2018**;

(5) Defendant shall file his reply to the Government's opposition by no later than **July 23, 2018**;

(6) The parties shall appear before the undersigned for an evidentiary hearing on **Tuesday, July 31, 2018** and **Wednesday, August 1, 2018** beginning at **9:30 a.m.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge