United States of America

VS.

Aurelio Cano-Flores

Civil/Criminal No. CR 08-057-16 (BJR)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Letter to Warden for Valencia dated 11/7/2011 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 1a | Letter to Warden for Valencia dated 5/2/2012 | 11/27/2018 | 11/27/2018 | Richard Gilbert | WITHDRAWN |
| 1b | Letter to Warden for Estrada dated | 11/27/2018 | 11/27/2018 | Richard Gilbert | WITHDRAWN |
| 2 | Jail visit records to Defendant | 11/27/2018 | 11/27/2018 | Richard Gilbert Kristen Hughes | |
| 2a | Highlighted Jail visit records | 11/27/2018 | 11/27/2018 | Richard Gilbert Kristen Hughes | |
| 3 | Richard Gilbert's Declaration docket #360-3 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 4 | Documents for Mexican Attorney to visit Defendant | 11/27/2018 | 11/28/2018 | Richard Gilbert Kristen Hughes | WITHDRAWN |
| 5 | Documents in Spanish from Ms. Valencia from 2/13/2013 | 11/27/2018 | 11/28/2018 | Richard Gilbert | |
| 6 | Defendant's trial notes in Spanish | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 7 | Outline of notes from Richard Gilbert to Defendant dated 2/18/2013 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |

Government _____
Plaintiff _____
Defendant _____
Joint _____
Court _____

United States of America

VS.

Aurelio Cano-Flores

Civil/Criminal No. CR 08-057-16 (BJR)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8 | Richard Gilbert's Motion to Withdraw document #40 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 9 | Letter in English from Defendant dated 10/23/2016 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 10 | Letter from Richard Gilbert to Defendant dated 10/3/2016 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 11 | Richard Gilbert's Motion to Withdraw dated 12/12/2016 | 11/27/2018 | 11/27/2018 | Richard Gilbert | |
| 12 | Opposition filed by the Government 9/17/2012 | 11/27/2018 | 11/28/2018 | Richard Gilbert | |
| 13 | Reply by Richard Gilbert to Government's Opposition | 11/27/2018 | 11/28/2018 | Richard Gilbert | |
| 14 | Email from Richard Gilbert sent to Government about jurisdictional motion to suppress | 11/27/2018 | 11/28/2018 | Richard Gilbert Kristen Hughes | |
| 15 | Defendant's reply to opposition document #364-3 filed 11/6/2018 | 11/27/2018 | 11/28/2018 | Richard Gilbert Kristen Hughes | |
| 16 | Defendant's reply to Government's Opposition, document # 162 filed 5/10/2013 | 11/27/2018 | 11/28/2018 | Richard Gilbert | |
| 17 | Email between Richard Gilbert, Kristen Hughes, and Dale Vaughn with Kira West and Nicole Cubbage cc'd; dated 8/8/2018 | 11/27/2018 | 11/28/2018 | Kristen Hughes | WITHDRAWN |

United States of America

VS.

Aurelio Cano-Flores

Civil/Criminal No. CR 08-057-16 (BJR)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 18 | SEALED - Kriten Hughes' original notes | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 19 | Email between Kira West and Kristen Hughes dated 11/2/2018 | 11/28/2018 | 11/28/2018 | Kristen Hughes | WITHDRAWN |
| 20 | Kristen Hughes' Declaration | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 21 | Defendant's Spanish Journal Notes; Document #364, filed 11/6/2018 | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 22 | Drawn diagram by Kristen Hughes of courtroom seating during trial | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 23 | Kristen Hughes' full jail visit notes on witness' testimony; Document #360-9 | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 24 | Exhibit to Motion Document # | 11/28/2018 | 11/28/2018 | Kristen Hughes | |
| 25 | Memo to Kristen Hughes re: Motion to Suppress Wiretaps - Monday, 9/2/2012 | | | | |
| | Checks to Miriam Valencia from R. Gilbert | 11/29/18 | 11/29/18 | Richard Gilbert | |
| 26 | Govt.'s Opposition to Dft.'s Supplemental Motion to Suppress Wiretap Evidence | 11/29/18 | 11/29/18 | Richard Gilbert | |

United States of America
VS.
Aurelio Cano-Flores

Civil/Criminal No. CR 08-057 (BJR)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 27 | E-mail- Translated from Spanish to English | 12/03/18 | 12/03/18 | Kristen Grim Hughes | |
| 1C | Document- Notes;Redacted-for Identification Only; | 12/03/18 | - | Kristen Grim Hughes | |
| 28 | Evidentiary Hearing Wire Tap (Notes) Cano-Flores | 12/03/18 | 12/03/18 | Kristen Grim Hughes | |
| 29 | Motion to Supress Wire Tap dtd 01/23/18 | 12/03/18 | 12/03/18 | Kristen Grim Hughes | |
| 1B | Re-admitted exhibits-Redacted Copies | 12/03/18 | 12/03/18 | No witness present | |
| 1A | Re-admitted exhibits-Redacted Copies | 12/03/18 | 12/03/18 | No witness present | |
| 17 | Re-admitted exhibits-Redacted Copies | 12/03/18 | 12/03/18 | No witness present | |
| 19 | Re-admitted exhibits-Redacted Copies | 12/03/18 | 12/03/18 | No witness present | |
| 4 | Re-admitted exhibits-Redacted Copies | 12/03/18 | 12/03/18 | No witness present | |
| 1D | File from Mr. Gilbert-Identification purpose only (letters) | 12/04/18 | - | Aurelio Cano-Flores | |