**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** *

**vs.** * **Case No.: 08-cr-00057 TNM-20**

**DANIEL PEREZ-ROJAS** *

**Defendant** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Daniel Perez-Rojas, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel states as follows.

1. Sentencing in this matter is currently scheduled for October 30, 2026 at 10:00 a.m. At this time, Mr. Perez-Rojas respectfully requests that this Court continue sentencing to a date that is convenient for the Court and the parties.

2. Counsel requests a continuance of the sentencing hearing in this matter because the defendant was previously incarcerated in a foreign country for more than 15 years. As a result, the mitigation investigation is complex and ongoing. Counsel respectfully requests additional time to prepare for sentencing.

3. This Motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Hunter Smith, who has indicated that the Government does not oppose the requested continuance.

4. Accordingly, Mr. Perez-Rojas respectfully requests that this Honorable Court continue the sentencing in this matter to a date that is convenient for the Court and the parties. Mr. Perez-Rojas also requests that the Court grant a commensurate extension of the deadline by which to file sentencing memoranda.

Respectfully submitted,

/s/
______________________

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2026, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
______________________
Michael E. Lawlor